IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW PENSO,<br><br>Plaintiff,<br><br>v.<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY, BOMBARDIER TRANSPORTATION (HOLDINGS) USA INC., and JOHN DOE COMPANY #1-5 (fictitious name),<br><br>Defendants. | Civil Action No. 2:23-cv-00474 (KM)(JBC)<br><br>**CORPORATE DISCLOSURE STATEMENT ON BEHALF OF BOMBARDIER TRANSPORTATION (HOLDINGS) USA INC. (NOW KNOWN AS ALSTOM TRANSPORT USA INC.)**<br><br>*Filed Electronically* |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Bombardier Transportation (Holdings) USA Inc. makes the following disclosure:

Bombardier, now known as Alstom Transport USA Inc., is a Delaware corporation with its principal place of business in Pennsylvania. Alstom Transport USA Inc.'s parent corporation is Alstom Transit LLC. Alstom Transit LLC is a Delaware corporation with its principal place of business in Pennsylvania. No publicly held corporation owns 10% or more of Alstom Transport USA Inc.'s stock.

Dated: February 3, 2023

                                        Respectfully submitted,

                                        **WILSON, ELSER, MOSKOWITZ EDELMAN & DICKER, LLP**

                    By:    s/ Matthew Major
                             Matthew R. Major, Esq.
                             7 Giralda Farms, Suites 100/110
                             Madison, New Jersey 07940
                             Tel.: (973) 624-0800
                             Fax: (973) 624-0808

Matthew.Major@wilsonelser.com
*Attorneys for Defendants Port Authority of New York and New Jersey and Bombardier Transportation (Holdings) USA Inc (now known as Alstom Transport USA Inc.)*

279823517v.1