**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MATTHEW PENSO,<br><br>Plaintiff,<br><br>v.<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY, BOMBARDIER TRANSPORTATION (HOLDINGS) USA INC., and JOHN DOE COMPANY #1-5 (fictitious name),<br><br>Defendants. | Civil Action No. 2:23-cv-00474 (KM)(JBC)<br><br>**CERTIFICATE OF FILING AND SERVICE**<br><br>*Filed Electronically* |

I, Matthew R. Major, Esq., of full age, certify as follows:

1. I am an attorney-at-law admitted to practice before this Court and am a Partner of the law firm Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, attorneys for the Defendants, the Port Authority of New York and New Jersey (the "Port Authority") and Bombardier Transportation (Holdings) USA Inc. (now known as Alstom Transport USA Inc.) ("Bombardier") (collectively, the "Defendants"), in the above-captioned matter.

2. I hereby certify that on or about February 3, 2023, I electronically filed Bombardier's Corporate Disclosure Statement with the Clerk of Court using the CM/ECF System. I understand that the Court's CM/ECF system will serve a notification of these filings on all counsel of record who have entered an appearance in this matter.

3. I hereby further certify that I mailed a copy of the foregoing document to counsel for the Plaintiff via electronic mail (to: gsavastano@elefterakislaw.com) on or about February 3,

1

2023, and via first class mail (to: Albert Kim, Esq., Elefterakis, Elefterakis & Panek, 80 Pine Street, 38th Floor New York, New York 10005) on or about February 3, 2023.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 3, 2023

                                                         Respectfully submitted,

                                                         **WILSON, ELSER, MOSKOWITZ**
                                                         **EDELMAN & DICKER, LLP**

By:    s/ Matthew Major
        Matthew R. Major, Esq.
        7 Giralda Farms, Suites 100/110
        Madison, New Jersey 07940
        Tel.: (973) 624-0800
        Fax: (973) 624-0808
        Matthew.Major@wilsonelser.com
        *Attorneys for Defendants Port Authority of New York and New Jersey and Bombardier Transportation (Holdings) USA Inc (now known as Alstom Transport USA Inc.)*