**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Plaintiff,<br><br>  MATTHEW PENSO,<br><br>     vs.<br><br> Defendants,<br><br>  PORT AUTHORITY OF NEW YORK AND NEW JERSEY, BOMBARDIER TRANSPORTATION (HOLDINGS) USA INC., and JOHN DOE COMPANY #1-5 (fictitious name). | Case No. 2:23-cv-00474-SDW-JBC<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>**Judge: Hon. Susan D. Wigenton**<br>**Hearing Date:**<br><br>**Trial Date:**<br>**Action Filed: January 26, 2023** |

**COME NOW,** Plaintiff, Matthew Penso, by and through his counsel, Elefterakis, Elefterakis & Panek, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, moves for leave to amend his complaint for the first time, to add a count for punitive damages.

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, the undersigned attorneys for Plaintiff, Matthew Penso ("Plaintiff"), will move this Court before The Honorable Susan D. Wigenton, United States District Court for the

District of New Jersey, Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square, Newark, New Jersey 07102, for an order granting Plaintiff's Leave to file an Amended Complaint to add a Count of Punitive Damages against Defendant, Bombardier Transportation (Holdings) USA Inc. (now known as Alstom Transport USA Inc.) ("Bombardier"), pursuant to Federal Rules of Civil Procedure Rule 15 (a).

**PLEASE TAKE FURTHER NOTICE** that in support of the instant motion, Plaintiff will rely on the submitted Memorandum of Law, and the Declaration of Gina M. Nicasio, Esq., along with any exhibits attached thereto, and any additional submissions made hereafter.

Respectfully submitted,

ELEFTERAKIS, ELEFTERAKIS & PANEK

*Gina M. Nicasio*

Dated: March 5, 2024                    By: _____

Gina M. Nicasio
Office and Post Office Address:
80 Pine Street, 38th Floor
New York, New York 10005
Tel.: (212) 532-1116
Fax: (212) 532-1176
*Attorneys for Plaintiff, Matthew Penso*