UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Plaintiff,<br><br>  MATTHEW PENSO,<br><br>    vs.<br><br>Defendants,<br><br>  PORT AUTHORITY OF NEW YORK AND NEW JERSEY, BOMBARDIER TRANSPORTATION (HOLDINGS) USA INC., and JOHN DOE COMPANY #1-5 (fictitious name). | Case No. 2:23-cv-00474-SDW-JBC |

### **DECLARATION OF GINA M. NICASIO, ESQ.**

I, Gina M. Nicasio, Esq., declare as follows:

1.   I am an associate at Elefterakis, Elefterakis & Panek, counsel for Plaintiff, Matthew Penso (hereinafter "Plaintiff"). I submit this declaration in support of Plaintiff's memorandum of law in support of a motion for leave to file Plaintiff's First Amended Complaint.

2.   Leave to file his first Amended Complaint, which is the subject of the instant motion. A true and accurate copy of the proposed Amended Complaint is annexed hereto as Exhibit A.

3. On December 12, 2022, Plaintiff e-filed a Complaint in the Superior Court of New Jersey, County of Essex. A true and accurate copy of Plaintiff's Complaint is annexed hereto as Exhibit B.

4. On January 26, 2023, a Notice of Removal to the United States District Court for the District of New Jersey was filed by the Defendants, Port Authority of New York and New Jersey and Bombardier Transportation (Holdings) USA, Inc. (hereinafter "Defendants"). A true and correct copy of the Notice of Removal is annexed hereto as Exhibit C.

5. On February 3, 2023, the Defendants filed their Answer. A true and correct copy of Defendants' Answer is annexed hereto as Exhibit D.

6. On September 11, 2023, Plaintiff sought Defendants' consent, via e-mail, to amend his Complaint to add a count for punitive damages. A true and correct copy of the Notice of Removal is annexed hereto as Exhibit E.

7. On October 24, 2023, Plaintiff's counsel, Gina M. Nicasio, e-mailed Defendants' counsel, Matthew Major and Gina Brignola, to follow up on whether or not the Defendants consented to the Amendment. A true and accurate copy of the October 24, 2023, e-mail is annexed hereto as Exhibit F.

8. On October 25, 2023, Gina Brignola, attorney for Bombardier requested that Plaintiff's counsel contact her to discuss the Amendment and followed-up for supporting documents, which Plaintiff's counsel provided on October 30, 2023. A true and accurate copy of the October 25, 2023, e-mail

and e-mail response, dated October 30, 2023, is annexed hereto as Exhibit G.

9. On November 9, 2023, Matthew Major, Defendants' counsel, advised that his client did not consent to the Amendment and that he would forward documents that would debunk Plaintiff's theory in support of punitive damages. A true and accurate copy of the November 9, 2023, e-mail is annexed hereto as Exhibit H.

10. On January 4, 2024, Plaintiff's counsel received the documents that Defense counsel advised that he would send in his November 9, 2023 e-mail, outlined above, and advised that further, related documents would be forthcoming. A true and accurate copy of the January 4, 2024 e-mail is annexed hereto as Exhibit I.

11. In support of his motion for leave to amend his Complaint to add a count for punitive damages, Plaintiff includes articles regarding the numerous calls, by various agencies, for the replacement of the AirTrain at Newark Liberty international Airport, beginning in at the very least 2019, two years prior to Plaintiff's incident and onset of injury, Bombardier has yet to replace the antiquated AirTrain system which had an initial expiration date of 2021; the year Plaintiff was severely and permanently injured. True and accurate copies of the articles that plaintiff includes in support of the instant motion are annexed hereto as Exhibit J.

12. Recently, and in in the course of investigation, it has come to

Plaintiff's attention that on or about April 11, 2021, a full eight (8) months before Plaintiff's incident, another patron was injured riding the AirTrain at Newark Liberty international Airport in a manner similar to the way that Plaintiff was caused to become injured. A true and accurate copy of the complaint, filed in the Superior Court of the State of New Jersey, County of Hudson, in the matter of Drejaj v. Bombardier, et al., bearing Docket No.: HUD-L-000469-22, is annexed hereto as Exhibit K.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
ELEFTERAKIS, ELEFTERAKIS & PANEK

Dated: March 5, 2024        By: *Gina M. Nicasio*
_____
Gina M. Nicasio
Office and Post Office Address:
80 Pine Street, 38th Floor
New York, New York 10005
Tel.: (212) 532-1116
Fax: (212) 532-1176
*Attorneys for Plaintiff, Matthew Penso*