# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW PENSO,<br><br>                Plaintiff,<br><br>   v.<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY, BOMBARDIER TRANSPORTATION (HOLDINGS) USA INC., and JOHN DOE COMPANY #1-5 (fictitious name),<br>                Defendants. | Civil Action No. 2:23-cv-00474 (KM)(JBC)<br><br>**ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES, AND JURY DEMAND ON BEHALF OF BOMBARDIER TRANSPORTATION (HOLDINGS) USA INC. (NOW KNOWN AS ALSTOM TRANSPORT USA INC.)**<br><br>*Filed Electronically* |

Defendant, Bombardier Transportation (Holdings) USA Inc. (now known as Alstom Transport USA Inc.) ("Bombardier" or "Defendant"), by and through its undersigned counsel of record, by way of Answer to Plaintiff's Complaint, says:

1.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

2.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

3.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without

279922500v.1<br>279922500v.1

knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

4.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

5.    The allegations of this Paragraph of the Complaint set forth a legal conclusion to which no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this Paragraph of Plaintiff's Complaint, and therefore deny them.

6.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

7.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

8.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

2

9.      This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

10.      This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

11.      This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

12.      This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

13.      This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

14.      This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without

3

knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

15.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

16.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

17.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

18.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

19.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

279922500v.1
279922500v.1

20.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

21.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

22.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

23.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

24.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

25.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without

279922500v.1
279922500v.1

knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

26.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

27.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

28.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

29.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

30.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

31.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

32.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

33.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

34.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

35.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

36.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without

279922500v.1
279922500v.1

knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

37.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

38.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

39.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

40.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

41.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

42.     Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

43.     Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

44.     Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

45.     Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

46.     Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

47.     Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

48.     Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

49.     Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

50.     Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

51.     Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

52.     Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

279922500v.1
279922500v.1

53.     Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

54.     Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

55.     This Paragraph of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent a response is required, Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

56.     Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

57.     Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

279922500v.1
279922500v.1

58.     Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

59.     Defendant denies the allegations of this Paragraph of Plaintiff's Complaint.

60.     This Paragraph of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent a response is required, Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

61.     This Paragraph of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent a response is required, Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

62.     This Paragraph of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations of this Paragraph of Plaintiff's Complaint.

279922500v.1
279922500v.1

63.     This Paragraph of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent a response is required, Defendant denies the allegations of this Paragraph of Plaintiff's Complaint.

64.     This Paragraph of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent a response is required, Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

65.     This Paragraph of Plaintiff's Complaint contains a legal conclusion to which no response is required. To the extent a response is required, Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

66.     Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

67.     This Paragraph of Plaintiff's Complaint contains a legal conclusion and therefore, no response is required. To the extent a response is required, Defendant admits only that it operates and maintains only those portions of the AirTrain at Newark Liberty International

12

Airport not operated or maintained by others pursuant to lease, license, permit, contract or other written agreement or by virtue of their use and occupancy or operations thereof. Defendant denies the remaining allegations of this Paragraph of Plaintiff's Complaint.

68.    Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

69.    Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

70.    This Paragraph of Plaintiff's Complaint contains a legal conclusion and therefore, no response is required. To the extent a response is required, Defendant denies the allegations of this Paragraph of Plaintiff's Complaint.

71.    This Paragraph of Plaintiff's Complaint contains a legal conclusion and therefore, no response is required. To the extent a response is required, Defendant denies the allegations of this Paragraph of Plaintiff's Complaint.

72.    Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

73.    Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

74.    Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

75.    Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

76.    Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

77.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

78.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without

13

knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

79.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

80.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

81.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

82.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

83.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

84.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

85.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

86.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

87.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

88.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

89.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without

knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

90.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

91.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

92.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

93.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

94.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

95.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

96.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

97.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

98.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

99.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

100.     This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without

279922500v.1
279922500v.1

knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

101.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

102.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

103.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

104.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

105.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

279922500v.1
279922500v.1

106.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

107.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

108.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

109.    This Paragraph of Plaintiff's Complaint does not appear to pertain to Defendant and therefore, no response is required. To the extent a response is required, Defendant is without knowledge or information sufficient to form a belief as to the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

110.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained within this Paragraph of Plaintiff's Complaint, and therefore denies them.

111.    Defendant denies the allegations of this Paragraph of Plaintiff's Complaint.

112.    The allegations contained within this Paragraph of Plaintiff's Complaint set forth a legal conclusion and therefore, no response is required. To the extent a response is required, Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

19

113.    The allegations contained within this Paragraph of Plaintiff's Complaint set forth a legal conclusion and therefore, no response is required. To the extent a response is required, Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

114.    The allegations contained within this Paragraph of Plaintiff's Complaint set forth a legal conclusion and therefore, no response is required. To the extent a response is required, Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

115.    The allegations contained within this Paragraph of Plaintiff's Complaint set forth a legal conclusion and therefore, no response is required. To the extent a response is required, Defendant denies the allegations in this Paragraph of Plaintiff's Complaint.

116.    Defendant denies the allegations contained in this Paragraph of Plaintiff's Complaint.

117.    Defendant denies the allegations contained in this Paragraph of Plaintiff's Complaint.

118.    Defendant denies the allegations contained in this Paragraph of Plaintiff's Complaint.

119.    WHEREFORE, Defendant demands that judgment be entered in its favor dismissing the Complaint of Plaintiff with prejudice, and demands an award of reasonable attorneys' fees and costs of suit.

## **AFFIRMATIVE DEFENSES**

1.    Plaintiff's Complaint, or portions thereof, fails to state a claim or cause of action upon which relief may be granted.

2.    Defendant was not negligent, nor did it breach any duty owed to Plaintiff.

20

3.      The occurrences complained of by Plaintiff were caused by third parties over whom Defendant had no control.

4.      The damages claimed were the result of intervening or superseding acts of others over whom Defendant had no control.

5.      Plaintiff sustained no damages proximately caused by the conduct of Defendant.

6.      Plaintiff's contributory negligence is a bar to the instant action.

7.      Plaintiff's Complaint is barred by virtue of the applicable Statute of Limitations and or Statute of Repose.

8.      Plaintiff's Complaint is barred due to assumption of risk.

9.      Plaintiff's Complaint is barred due to the failure to join indispensable parties to the action.

10.     Plaintiff's claims are barred by the Doctrine of Estoppel.

11.     Plaintiff's claims are barred by the Doctrine of Res Judicata.

12.     Plaintiff's claims are barred by the Doctrine of Latches.

13.     Plaintiff's claims are barred by the doctrine of unclean hands.

14.     Plaintiff's claims are barred by the doctrine of avoidable consequences.

15.     Plaintiff's claims are barred, or in the alternative, the damages to which Plaintiff is entitled must be reduced under the doctrine of comparative negligence and New Jersey's Comparative Negligence Act, N.J.S.A. § 2A:15-51. et seq.

16.     If this Defendant is found by the trier of fact to be negligent or at fault for the acts alleged in the Complaint and such liability is less than 60% against this Defendant, Defendant is responsible for the percentage of the award directly attributable to its negligence or fault pursuant to New Jersey's Comparative Negligence Act, N.J.S.A. § 2A:15-5.3.

279922500v.1
279922500v.1

17.     The claim asserted is one for personal injury and Defendant is therefore entitled to the benefit of collateral source payments received by Plaintiff pursuant to <u>N.J.S.A.</u> § 2A:15-97.

18.     Plaintiff's damages must be reduced due to his failure to mitigate the harm.

## <u>JURY DEMAND</u>

Pursuant to Fed. R. Civ. P. 38(b), this Defendant hereby demands a trial by jury on all issues so triable.

## <u>CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2</u>

I hereby certify that the matter in controversy was the subject of other court actions: (a) the case of <u>Matthew Penso v. Port Authority of New York and New Jersey, et al.</u>, Index/Docket No. 525664/2022, was filed in the Supreme Court of New York, County of Kings, and is now dismissed; and (b) the case of <u>Matthew Penso v. Port Authority of New York and New Jersey, et al.</u>, Docket No. ESX-7408-22, was removed to the District Court of New Jersey.

Dated: February 6, 2023

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER, LLP**

By:     <u>s/ Matthew Major</u>
Matthew R. Major, Esq.
7 Giralda Farms, Suites 100/110
Madison, New Jersey 07940
Tel.: (973) 624-0800
Fax: (973) 624-0808
Matthew.Major@wilsonelser.com
*Attorneys for Defendants Port Authority of
New York and New Jersey and Bombardier
Transportation (Holdings) USA Inc. (now
known as Alstom Transport USA Inc.)*

279922500v.1
279922500v.1