**Amended Complaint - Penso v.PANY&NJ, et al.**

Gina Nicasio <gnicasio@eeplaw.com>
Mon 9/11/2023 6:05 PM
To: Major, Matthew <Matthew.Major@wilsonelser.com>
Cc: Brian Vannella <bvannella@elefterakislaw.com>; Andrew Levinson <alevinson@elefterakislaw.com>; Jeffrey Bromfeld <jeff@elefterakislaw.com>

📎 1 attachments (320 KB)
Amended Complaint - Penso v. PANYNJ.pdf;

Dear Matt,

Please find the Amended Complaint attached for your review. Please advise if you are amenable to Plaintiff filing the same. Thank you.

Gina M. Nicasio, Esq.
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10025
Tel: (212) 532-1116 ext: 1211







