Re: Amended Complaint - Penso v.PANY&NJ, et al.

Gina Nicasio <gnicasio@eeplaw.com>
Tue 10/24/2023 10:19 AM
To:Major, Matthew <Matthew.Major@wilsonelser.com>

Hi Matt,

I did not hear back from you regarding the amended complaint. Please advise. Thank you.

Gina M. Nicasio, Esq.
Elefterakis, Elefterakis & Panek
80 Pine Street
New York, New York 10005
Office: (212) 532-1116
Cell: (917) 982-4007

> On Sep 11, 2023, at 9:42 PM, Major, Matthew <Matthew.Major@wilsonelser.com> wrote:

> Thank you, Gina. We will review, discuss with the clients, and get back to you shortly.

> Matt Major
> Sent from my iPhone

>> On Sep 11, 2023, at 6:05 PM, Gina Nicasio <gnicasio@elefterakislaw.com> wrote:

**EXTERNAL EMAIL** This email originated from outside the organization.

Dear Matt,

Please find the Amended Complaint attached for your review.  Please advise if you are amenable to Plaintiff filing the same.  Thank you.

Gina M. Nicasio, Esq.
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10025
Tel: (212) 532-1116 ext: 1211

<Outlook-3vdhv01e.png>

**DISCLAIMER FOR ELECTRONIC COMMUNICATIONS NOTICE TO RECIPIENTS: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error,

please notify us immediately by reply e-mail, and delete the original message (including attachments).

<Amended Complaint - Penso v. PANYNJ.pdf>

CONFIDENTIALITY NOTICE: This electronic message is intended to be

viewed only by the individual or entity to whom it is addressed.

It may contain information that is privileged, confidential and

exempt from disclosure under applicable law. Any dissemination,

distribution or copying of this communication is strictly prohibited

without our prior permission. If the reader of this message is not

the intended recipient, or the employee or agent responsible for

delivering the message to the intended recipient, or if you have

received this communication in error, please notify us immediately by

return e-mail and delete the original message and any copies of it

from your computer system.


For further information about Wilson, Elser, Moskowitz, Edelman &

Dicker LLP, please see our website at www.wilsonelser.com or refer to

any of our offices.

Thank you.