Re: Consent to add a count

Gina Nicasio <gnicasio@eeplaw.com>
Mon 10/30/2023 6:36 PM
To:Brignola, Gina <Gina.Brignola@wilsonelser.com>;Major, Matthew <Matthew.Major@wilsonelser.com>
Cc:Brian Vannella <bvannella@elefterakislaw.com>;Alexander Moore <amoore@elefterakislaw.com>;Valerie Cain <vcain@elefterakislaw.com>

📎 5 attachments (13 MB)
Newark airport monorail targeted for scrap heap, cost $354M to build - nj.pdf; New capital plan won_t replace outdated Newark AirTrain _ Fox Business.pdf; Bombardier signs $243-million monorail ...pdf; Port head promises a less-perishable Newark AirTrain - POLITICO.pdf; airtrain-ewr-program-briefing-book.pdf;

Good evening,

I apologize for any delay. I have been out of the office since Wednesday. Please see attached articles and project plan, as discussed.

Please let us know if you will consent to the amended complaint.

Gina M. Nicasio, Esq.
Elefterakis, Elefterakis & Panek
80 Pine Street
New York, New York 10005
Office: (212) 532-1116
Cell: (917) 982-4007


On Oct 27, 2023, at 10:27 AM, Brignola, Gina <Gina.Brignola@wilsonelser.com> wrote:


Hi Gina, I'm following up on a few things here.

Can you please send the documents over at your earliest convenience? I understand that you have requested an answer as to our consent to file the amended complaint today. Would you be willing to give us a couple more days in order to review the documents and discuss with our clients? We are not trying to be difficult but we do have to do our due diligence.

I am also following up on the first batch of the rolling production in response to the subpoenas to Mr. Penso's parents. Please let me know when we can expect the documents.

Finally, Matt will be reactivating the link to our document production and will send it to you this afternoon—he is tied up in a deposition right now but it should be over by early afternoon.

Please let me know if you'd like to discuss any of the above further.

Thanks!
Gina

Gina Brignola
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.1440 (Direct)
954.296.3114 (Cell)

973.624.0800 (Main)
973.624.0808 (Fax)
gina.brignola@wilsonelser.com

---

**From:** Gina Nicasio [mailto:gnicasio@elefterakislaw.com]
**Sent:** Thursday, October 26, 2023 12:47 PM
**To:** Brignola, Gina <Gina.Brignola@wilsonelser.com>
**Subject:** Re: Consent to add a count

**EXTERNAL EMAIL** This email originated from outside the organization.

Hi Gina. I will send shortly. I am in a deposition but will be done soon.

Gina M. Nicasio, Esq.
Elefterakis, Elefterakis & Panek
80 Pine Street
New York, New York 10005
Office: (212) 532-1116
Cell: (917) 982-4007


On Oct 26, 2023, at 12:36 PM, Brignola, Gina <Gina.Brignola@wilsonelser.com> wrote:

Hi Gina, just following up here. Can you please send me the documents we discussed yesterday? Thanks!

Gina Brignola
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.1440 (Direct)
954.296.3114 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
gina.brignola@wilsonelser.com

---

**From:** Gina Nicasio [mailto:gnicasio@elefterakislaw.com]
**Sent:** Wednesday, October 25, 2023 12:38 PM
**To:** Brignola, Gina <Gina.Brignola@wilsonelser.com>
**Subject:** Re: Consent to add a count

**EXTERNAL EMAIL** This email originated from outside the organization.

Hi Gina. I am available anytime today. I'm out of the office so you can reach me on my cell. 917-982-4007. Thank you.

Gina M. Nicasio, Esq.
Elefterakis, Elefterakis & Panek
80 Pine Street
New York, New York 10005
Office: (212) 532-1116
Cell: (917) 982-4007

On Oct 25, 2023, at 10:26 AM, Brignola, Gina
<Gina.Brignola@wilsonelser.com> wrote:

Hi Gina, do you have time for a quick call today to discuss? Please let me know your availability. Thanks!

Gina Brignola
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.1440 (Direct)
954.296.3114 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
gina.brignola@wilsonelser.com

---

**From:** Gina Nicasio [mailto:gnicasio@elefterakislaw.com]
**Sent:** Tuesday, July 18, 2023 3:59 PM
**To:** Brignola, Gina <Gina.Brignola@wilsonelser.com>
**Cc:** Andrew Levinson <alevinson@elefterakislaw.com>; Jeffrey Bromfeld <jeff@elefterakislaw.com>; Brian Vannella <bvannella@elefterakislaw.com>; Valerie Cain <vcain@elefterakislaw.com>; NJ <nj@elefterakislaw.com>; Major, Matthew <Matthew.Major@wilsonelser.com>; Mason, Judy <Judy.Mason@wilsonelser.com>
**Subject:** Re: Consent to add a count

**[EXTERNAL EMAIL]**
Yes will do. Thank you.

Gina M. Nicasio, Esq.
Elefterakis, Elefterakis & Panek
80 Pine Street
New York, New York 10025

On Jul 18, 2023, at 3:56 PM, Brignola, Gina
<Gina.Brignola@wilsonelser.com> wrote:

Hi Gina,

Can you please send a redlined version of the proposed amended complaint so that we can review before our client decides?

Thanks,

Gina Brignola
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.1440 (Direct)
954.296.3114 (Cell)

973.624.0800 (Main)
973.624.0808 (Fax)
gina.brignola@wilsonelser.com

**From:** Gina Nicasio [mailto:gnicasio@elefterakislaw.com]
**Sent:** Sunday, July 16, 2023 8:23 PM
**To:** Major, Matthew <Matthew.Major@wilsonelser.com>; Brignola, Gina <Gina.Brignola@wilsonelser.com>; Mason, Judy <Judy.Mason@wilsonelser.com>
**Cc:** Andrew Levinson <alevinson@elefterakislaw.com>; Jeffrey Bromfeld <jeff@elefterakislaw.com>; Brian Vannella <bvannella@elefterakislaw.com>; Valerie Cain <vcain@elefterakislaw.com>; NJ <nj@elefterakislaw.com>
**Subject:** Re: Consent to add a count

**[EXTERNAL EMAIL]**
Gina, Judy,

In light of Matt's absence, please see my message, below, regarding consent to amend the Complaint to add a count for punitive damages. Please advise if you so consent.

Thank you.


Gina M. Nicasio, Esq.
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10025
Tel: (212) 532-1116 ext: 1211


<image001.png>

---

**From:** Gina Nicasio
**Sent:** Sunday, July 16, 2023 8:18 PM
**To:** Major, Matthew <Matthew.Major@wilsonelser.com>
**Cc:** Andrew Levinson <alevinson@elefterakislaw.com>; Jeffrey Bromfeld <jeff@elefterakislaw.com>; Brian Vannella <bvannella@elefterakislaw.com>; Valerie Cain <vcain@elefterakislaw.com>; NJ <nj@elefterakislaw.com>
**Subject:** Consent to add a count

Dear Matt,

We plan on making a motion for leave to amend the complaint to add a count for punitive damages.  Prior to making such a motion, it is incumbent on Plaintiff to first ask for your consent to do so.  Pleas advise if you consent to the added count.  Thank you.

Gina M. Nicasio, Esq.
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10025

Tel: (212) 532-1116 ext: 1211

<image001.png>

**DISCLAIMER FOR ELECTRONIC COMMUNICATIONS NOTICE TO RECIPIENTS: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

CONFIDENTIALITY NOTICE: This electronic message is
intended to be
viewed only by the individual or entity to whom it is
addressed.
It may contain information that is privileged,
confidential and
exempt from disclosure under applicable law. Any
dissemination,
distribution or copying of this communication is
strictly prohibited
without our prior permission. If the reader of this
message is not
the intended recipient, or the employee or agent
responsible for
delivering the message to the intended recipient, or
if you have
received this communication in error, please notify us
immediately by
return e-mail and delete the original message and any
copies of it
from your computer system.

For further information about Wilson, Elser,
Moskowitz, Edelman &
Dicker LLP, please see our website at
www.wilsonelser.com or refer to
any of our offices.
Thank you.

**DISCLAIMER FOR ELECTRONIC COMMUNICATIONS NOTICE TO RECIPIENTS: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson
Elser
Moskowitz Edelman & Dicker LLP provides to you either in the
body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your
transaction.
Further, DO NOT accept emailed wire instructions from anyone
else

without voice verification. Even if an email looks like it has
come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to
be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly
prohibited
without our prior permission. If the reader of this message is
not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us
immediately by
return e-mail and delete the original message and any copies of
it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman
&
Dicker LLP, please see our website at www.wilsonelser.com or
refer to
any of our offices.

Thank you.

**\*\*DISCLAIMER FOR ELECTRONIC COMMUNICATIONS NOTICE TO RECIPIENTS:**
The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to

any of our offices.

Thank you.

**\*\*DISCLAIMER FOR ELECTRONIC COMMUNICATIONS NOTICE TO RECIPIENTS:** The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.



Subscribe

Advertisement



Insperity

Uncover the hidden benefits of using a PEO

GET T

NEWS

# Newark airport monorail targeted for scrap heap, cost $354M to build

Updated: Apr. 27, 2015, 7:02 p.m. | Published: Apr. 27, 2015, 6:02 p.m.

**By Steve Strunsky | NJ Advance Media for NJ.com**

newark-airtrain.JPG

The Port Authority is planning to replace the AirTrain monorail at Newark Liberty International Airport, which links EWR to an NJ Transit station on the Northeast Corridor Line.

*(Jerry McCrea | The Star-Ledger)*

NEWARK -- The 19-year-old AirTrain monorail system at Newark Liberty International Airport is being targeted for replacement.

The Port Authority of New York and New Jersey has not publicly estimated the cost of a new system, or said when it expected the project to begin or end. But Port Authority commissioners are scheduled to vote Thursday to authorize spending $40 million on

planning and design work for the project:

"Although substantial investment has been made to maintain current operations, such investment has not extended the 25-year design life of the system, nor has it expanded capacity," states the planning resolution proposed for adoption Thursday.

The agency plans to ask the Federal Aviation Administration for permission to use $40 million in airline ticket surcharges to offset the planning cost.

The 3-mile system carries about 30,000 passengers a day between terminals A, B and C, the airport's parking and rental car lots, and a station linking the airport to NJ Transit trains along the Northeast Corridor line.

A 2011 report by the Regional Plan Association, a transportation research organization, recommended replacing the monorail system as part of a broader plan to expand the region's airport capacity. The RPA report criticized the AirTrain as slow and unable to accommodate growth.

"The AirTrain has been a problem for a while," Richard Barone, the RPA's director of transportation programs, said in an interview Monday. "It's unreliable."

Beyond reliability, Barone said increasing capacity of the airport's circulator system -- whether it turns out to be another monorail, a steel-wheel train, or some other mode -- has become even more critical with the Port Authority's plans to extend the PATH system to the airport train station. That project, still several years away, would pour even more riders onto the airport circulator, apart from increases relates strictly to growing demand for air travel.

The AirTrain, which is free within the airport, has been characterized by service interruptions due to power failures, accidents and maintenance. Last summer, the AirTrain was closed for two months to fill what were essentially 60 potholes in the steel and epoxy running surface. The weight of the cars is born by rubber tires that roll on the running surface.

Advertisement

The AirTrain system first opened in 1996 at a cost of $354 million, built by a company that is now a subsidiary of the Canadian aircraft and rail car maker Bombardier, which operates the monorail under a contract with the Port Authority through 2022.

In 2001, the system was linked to a heavy rail station just north of Newark Liberty, where fliers and airport workers can transfer between the monorail and NJ Transit trains heading in an out of Newark Penn Station. The monorail was also expanded from 12 cars to 18.

Thursday's authorization votes come four months after the Port Authority issued its first contract for preliminary work to extend the PATH commuter rail system from Newark Penn Station to the airport rail station, a project estimated to cost $1.5 billion.

The PATH extension is among 11 major projects, along with hundreds of less costly ones, included in a 10-year, $27.6 billion Port Authority capital plan adopted by the agency's board in February 2014, under then-Chairman David Samson, who resigned the following month amid investigations growing out of the George Washington Bridge lane closure scandal.

However, like a new Port Authority Bus Terminal projected to cost $8-10 billion, a new AirTrain is not included in the capital plan, suggesting agency officials will have to come up with additional revenues or spending cuts, to pay for it.

"Not to disparage anybody who was involved in it," Barone said of the capital plan. "But I do think that capital plan was the product of a tumultuous period for Port Authority leadership."

The one Port Authority official who agreed to talk about the monorail replacement, Commissioner Ken Lipper, a June 2013 appointee of Gov Andrew Cuomo of New York, said the project was a necessity and that room would be made for it during a review of the capital plan that officials are just beginning to undertake.

"It is a priority," said Lipper, who said he did not play a role in the current capital plan's formation.

A <u>report issued in December</u> by the Special Panel on the Future of the Port Authority, convened last year by Gov. Chris Christie and Gov. Andrew Cuomo of New York, stresses the need to modernize and expand capacity at Newark Liberty, John F. Kennedy International and LaGuardia Airports, gateways to the region that have been criticized as outdated.

"While some improvements have been made at these airports over the past decade, many of these faciliites are outdated and ill-equipped to meet the increased passenger demands of the future," the report stated.

*Correction: This story originally reported that the Port Authority was scheduled to authorize spending $40 million on planning consultants, plus an additional $30 million for technical experts. The total amount of the authorization to be voted on is $40 million, including both planning and technical work.*

*Steve Strunsky may be reached at <u>sstrunsky@njadvancemedia.com</u>. Follow hin on Twitter <u>@SteveStrunsky</u>. Find <u>NJ.com on Facebook.</u>*

 1/8

Where smugglers hide their drugs

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.

Sponsor Content

## North Jersey non-smokers also at risk for lung cancer

A number of studies have implicated the human papillomavirus (HPV) as a lung cancer risk factor.

Regional Cancer Care Associates



# Around the Web

## This New Device Is Leaving Neuropathy Experts Baffled

**Health Insight Journal** | Sponsored

Learn More

## Here Are 29+ of the Coolest Gifts for This 2023

**Consumerbags** | Sponsored

Click Here

## If You Need To Kill Time On Your Computer, This Adventure Game Is A Must.

**Sunrise Village** | Sponsored

Learn More

## Nature's 'Liquid Adderal' is going viral in New York

**Health Headlines** | Sponsored

Try Now

**Sneak Peek: The 23 Coolest Gifts of 2023**

**TheGrommet** | Sponsored

**Here Are 97 of the Coolest Gifts for This 2023**

**LifeHackin** | Sponsored

<button>Learn More</button>



▼ **About Us**

About NJ.com

Advertise with us

Contact Us

Newsletters

Jobs at NJ Advance Media

▼ **Subscriptions**

NJ.com

The Star-Ledger

The Times of Trenton

South Jersey Times

The Jersey Journal

Newsletters

---

▼ **Already a Subscriber**

Manage your Subscription

Place a Vacation Hold

Make a Payment

Delivery Feedback

---

▼ **NJ.com Sections**

N.J. News

Local News

N.J. Politics

Sports

High School Sports

Entertainment

Food & Recipes

Events

Business

Opinion

Jersey's Best

Legal Notices

Obituaries

Jobs

Autos

Real Estate

Rentals

Classifieds

Special Sections

Local Life

▼ **Contribute to NJ.com**

Submit an event

---

▼ **Follow Us**

YouTube

Facebook

RSS

Twitter

Instagram

---

▼ **More on NJ.com**

Place an ad

Sell your car

Post a job

Sell/rent your home

Apartments & rentals

Weather

Site map

Sponsor Content

Search

NJ.com Store

Archives

---

▼ **Newspaper stories and photos**

Learn more about our newspapers

The Star-Ledger

The Times of Trenton

The Jersey Journal

South Jersey Times

Hunterdon County Democrat

▼ **Mobile**

iPhone, Android apps

---

# ADVANCE LOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our <u>User Agreement</u> (updated 4/4/2023), <u>Privacy Policy and Cookie Statement</u>, and <u>Your Privacy Choices and Rights</u> (updated 7/1/2023).

| Cookies Settings |  |

© 2023 Advance Local Media LLC. All rights reserved (<u>About Us</u>).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

<u>Community Rules</u> apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available <u>here</u> and **YouTube's terms of service** is available <u>here</u>.

<u>Ad Choices</u>

Login    Watch TV

**MARKETS** · Updated on January 8, 2017 12:02pm EST

# New capital plan won't replace outdated Newark AirTrain

  

**Associated Press**

As the New York region's largest transportation agency prepares to embark on a 10-year, $30 billion infrastructure spending plan amid accusations of political skullduggery, one of its aging — and potentially unsafe — assets apparently has been pushed to the back burner.

The Port Authority of New York and New Jersey's just-released preliminary 10-year capital plan contains $300 million for repairs and maintenance to Newark Liberty International Airport's oft-delayed AirTrain, which agency officials have said will be obsolete by 2022 and should be replaced.

Meanwhile, the Port Authority has included in its spending plan $1.7 billion to extend rail service on its PATH trains from lower Manhattan to connect to the Newark AirTrain, and roughly $1.5 billion for a new rail service to New York's LaGuardia Airport.

A Port Authority spokesman said the proposed $300 million for Newark's AirTrain will be for repairs, but didn't give specifics.

The AirTrain cost $769 million to build and opened in 1996 to connect the airport's three terminals to one another and to short- and long-term parking lots. A link to Amtrak and New Jersey Transit's Northeast Corridor rail lines opened in 2001.

"Think about the absurdity of prioritizing a PATH extension to the airport but leaving the connection to the Northeast Corridor to potentially fail," said New Jersey Assemblyman John Wisniewski, chair of a legislative transportation committee. "By trying to appease all interests they spread a lot of money around on a lot of projects, none of which are funded to the level they require and still leave other projects, such as this, unfunded."

Newark's airport handled about 37 million passengers in 2015. More than 2 million people use the AirTrain annually, according to the Port Authority.

AirTrain delays are commonplace and sometimes occur at the most inopportune times. Two weeks ago, on Dec. 23, the train shut down for two hours, delaying thousands of holiday travelers. It had to be taken offline for repairs for two months in summer 2014, forcing travelers to take shuttle buses.

A Port Authority resolution in April 2015 to put $40 million toward design and planning for a new AirTrain said the system "currently experiences crowding issues, because demand exceeds capacity during peak periods, and weather-induced delays. Although substantial investment has been made to maintain current operations, such investment has not extended the 25-year design life of the system, nor has it expanded capacity."

The contract with Bombardier, the global manufacturer that built the AirTrain, expires in 2022, officials said at the time.

The bistate Port Authority has come under fire on both sides of the Hudson River recently over its process for funding numerous large-scale infrastructure projects, particularly a new bus terminal in midtown New York City.

Critics have charged the agency has approved unnecessary projects to appease politicians in both states, while the bus terminal project remains underfunded.

Board member Kenneth Lipper, an appointee of New York Gov. Andrew Cuomo, went so far as to propose an amendment at Thursday's board meeting to remove the LaGuardia and PATH-to-Newark rail projects from the preliminary 10-year plan, saying they would serve small numbers of people.

The proposal was voted down.

Stephen Sigmund, executive director of the Global Gateway Alliance, an advocacy group for New York-area airports, said the capital planning process invariably contains trade-offs.

"It's a basic question and challenge, that you have all this aging infrastructure and you can't fix all of it at once and add all the things you want to add," he said. "For us it was very important that the PATH to Newark go forward and there be better transit access to the airport in general."

Quotes displayed in real-time or delayed by at least 15 minutes. Market data provided by Factset. Powered and implemented by FactSet Digital Solutions. Legal Statement.

This material may not be published, broadcast, rewritten, or redistributed. ©2023 FOX News Network, LLC. All rights reserved. FAQ - New Privacy Policy

# Bombardier signs $243-million monorail contract for Newark airport

NEWARK, N.Y.

THE CANADIAN PRESS

PUBLISHED AUGUST 3, 2012

This article was published more than 11 years ago. Some information may no longer be current.



FERNANDO MORALES/THE GLOBE AND MAIL

Bombardier Transportation says it has signed a contract worth about $243-million (U.S.) to continue operations and maintenance for the AirTrain system at Newark Liberty International airport for the next 10 years.

The Montreal-based train and plane maker says its contract includes a capital asset upgrade program for the monorail.

Bombardier's contract with the Port Authority of New York and New Jersey is effective as of today.

The AirTrain system at Newark airport first opened in 1996 and a fleet of 12 six-car Bombardier trains ran on the network.

Since then, the system has been extended and the fleet has expanded to 18 six-car trains.

Bombardier says it has provided operations and maintenance services on the monorail ever since it opened.

## Sign up for the Top Business Headlines: Evening Edition Newsletter

An informative summary of the day's top business headlines, features and columns.

**REGISTER TO SIGN UP**

Report an error

POLITICO

# Port head promises a less-perishable Newark AirTrain

5/10/23, 5:52 PM    Port head promises a less-perishable Newark AirTrain - POLITICO

https://www.politico.com/states/new-york/city-hall/story/2015/04/port-head-promises-a-less-perishable-newark-airtrain-000000

5/10/23, 5:52 PM

Port head promises a less-perishable Newark AirTrain - POLITICO



Newark AirTrain. | AP Photo/Julio Cortez

BY **DANA RUBINSTEIN**
04/30/2015 04:27 PM EDT





https://www.politico.com/states/new-york/city-hall/story/2015/04/port-head-promises-a-less-perishable-newark-airtrain-000000

Faced with the imminent aging-out of the AirTrain to Newark after just 19 years in service, the head of the Port Authority says the next version will be a lot sturdier.

"We don't want to repeat that mistake," said Port Authority executive director Pat Foye, during a question-and-answer session with reporters.

Advertisement

The Newark AirTrain was always thought of as a "quick fix," said Richard Barone, the director of transportation programs at the Regional Plan Association.

"The AirTrain was an incremental project—the thinking was that it would eventually need to be replaced with a higher-capacity solution," he said.

The train now connecting Amtrak and New Jersey Transit passengers to the airport's terminals, parking lots, and rental car facilities "reaches the end of its useful life in 2022," said Tom Bosco, the Port Authority's director of aviation.

That's the same year the Port Authority's contract with Bombardier to operate and maintain the system expires. Today, the board authorized the authority to spent $40 million on planning and design to replace the AirTrain.

While that $40 million was included in the Port Authority's recent 10-year capital plan, the up to $2 billion necessary for the system's actual replacement was not. It's not clear why.

"We were unaware that this system's useful life was near its end?" Port Authority vice chairman Scott Rechler asked Bosco.

"No sir, this is not a surprise to us," said Bosco. "We know that the end of the useful life is 2022. Other priorities took precedence."

Advertisement

One of those priorities might well have been another big-ticket project related to the Newark AirTrain.

The Port is separately pursuing an extension of the PATH train by 2.4 miles from Newark Penn Station to the Northeast Corridor station at Newark Airport. The purpose of the extension is to turn the currently required three-

seat ride from Lower Manhattan to Newark airport into a two-seat ride, and to improve transportation options for Newark residents.

"In the South Ward, we desperately need additional transportation," testified John Sharpe James, a councilman from Newark's South Ward.

That project is expected to cost up to $1.7 billion, for which the authority set aside $1 billion in its 10-year capital plan. That capital plan will be updated this summer, to account for new demands on the agency's resources, like a new Newark AirTrain and a new Port Authority Bus Terminal, which could cost more than $10 billion.

Following the meeting, a reporter asked the Port Authority executives whether the JFK AirTrain was similarly nearing the end of its useful life.

Foye described the JFK Air Train as "different" and "more robust."

"There's gonna come a day [when] the JFK AirTrain is gonna to have to be replaced," said Foye. "But it is not on a short-term timeline like AirTrain Newark is."

"Totally different system, steel wheel that was built to subway specifications (Division-B, to be precise)," agreed Barone, in an email.

## Breaking News Alerts

Sign up for POLITICO Breaking News Alerts to receive the latest updates in your inbox.

Port head promises a less-perishable Newark AirTrain - POLITICO

5/10/23, 5:52 PM

**EMAIL**

Your Email

**INDUSTRY**

Select Industry ▾

**EMPLOYER**

Employer ▾

SIGN UP

By signing up you agree to allow POLITICO to collect your user information and use it to better recommend content to you, send you email newsletters or updates from POLITICO, and share insights based on aggregated user information. You further agree to our privacy policy and terms of service. You can unsubscribe at any time and can contact us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Recommended by Outbrain|>

SPONSORED CONTENT









**New York Top Podiatrist: If You Have Toenail Fungus Try This Tonight (It's...**

wellnessguide101.com

**She Is One Of The Richest Heiresses In The World**

Investing Magazine

**Most Affordable Camper Vans**

Camper Vans Warehouse

5/10/23, 5:52 PM

Port head promises a less-perishable Newark AirTrain - POLITICO



flowlikeagorilla.com



Business Class Flights | Search Ads



Stair Lifts | Search Ads

**New York: Empty Alaska Cruise Cabins Huge Clearance Sale: See Prices**

All-Inclusive Cruise Deals | Search Ads



**Sleep Apnea Devices Cost Almost Nothing (Take A Look)**

Sleep Apnea Solutions | Search Ads

**Volvo Offers Major Incentives For Leftover 2022 Inventory**

Volvo Deals | Search Ads



**20 Movies That Are So Good, They're Considered Perfect**

Definition

**23 Feral Facts About Early Humans We Rather Not Know**

StandardNews



**Your Memory Is Photographic If You Can Name Even 10/20 Films From On...**

https://themoneytime.com/

https://www.politico.com/states/new-york/city-hall/story/2015/04/port-head-promises-a-less-perishable-newark-airtrain-000000



About Us
Advertising
Breaking News Alerts
Careers
Credit Card Payments
Digital Edition
FAQ
Feedback
Headlines
POWERJobs
Press
Print Subscriptions
Request A Correction
Write For Us
RSS
Site Map
Terms of Service
Privacy Policy
Do not sell my info
Notice to California Residents

Port head promises a less-perishable Newark AirTrain - POLITICO

© 2023 POLITICO LLC

THE PORT AUTHORITY OF NY & NJ

# AIRTRAIN EWR REPLACEMENT PROGRAM

# PROGRAM BRIEFING BOOK

REDEVELOPMENT CAPITAL PROGRAMS

EWR

NEWARK LIBERTY INTERNATIONAL AIRPORT



WWW.ANEWEWR.COM

# Contents ❯

**1 Program Overview** ......................................... 1

1.1 | Purpose of the Program Briefing Book .......... 2

1.2 | Background ............................................. 2

1.3 | AirTrain Program ..................................... 4

1.4 | Program Objectives .................................. 4

1.5 | Program Components ................................ 5

1.6 | AirTrain Ridership and Estimated Growth ...... 5

**2 Existing AirTrain** ........................................... 6

2.1 | Existing AirTrain Facilities .......................... 7

2.2 | Existing AirTrain Operations ....................... 8

2.3 | Previous Upgrades/Capital Asset Replacement
    Program (CARP) .................................... 10

**3 Replacement AirTrain** ................................... 11

3.1 | Elements to Be Provided ..................... 12 & 14

3.2 | Available ROW ....................................... 16

**4 Replacement AirTrain Operations & Maintenance** ... 17

4.1 | Scope Elements ..................................... 18

4.2 | Hours Of Operation ................................. 18

4.3 | Customer Experience .............................. 18

**5 Existing AirTrain System Decommissioning** ......... 19

5.1 | Demolition Included in Program .................. 20

**6 Anticipated Program Delivery & Timeline** ........... 22

6.1 | Procurement and Contracting Strategy .......... 23

# Figures ❯

**Figure 1:** Existing AirTrain EWR ........................................... 3

**Figure 2:** Existing AirTrain EWR ........................................... 9

**Figure 3:** AirTrain EWR Replacement Program ........................................... 13

**Figure 4:** AirTrain EWR Replacement Program Early Action Foundations ........................................... 15

**Figure 5:** AirTrain EWR Replacement Program Demolition Plan ........................................... 21

# Tables ❯

**Table 1:** Projected Airline & AirTrain Passenger Usage ........................................... 5

**Table 2:** Existing AirTrain EWR Schedule ........................................... 8

**Table 3:** Hours of Operation ........................................... 19

**Table 4:** Preliminary Timeline ........................................... 23

## General Information

*The information contained in this Program Briefing Book has been provided as general information only. The Port Authority makes no representation, warranty or guarantee that the information contained in this document is accurate, complete or timely or that it accurately represents conditions that would be encountered at Newark Liberty International Airport, now or in the future. The Port Authority shall not be responsible for the accuracy, completeness or pertinence of the information contained in this document and will not be responsible for any inferences or conclusions drawn from it. The furnishing of this information by the Port Authority does not create or should be deemed to create any obligation or liability upon the Port Authority for any reason whatsoever.*

# PROGRAM OVERVIEW

THE PORT AUTHORITY OF NY & NJ

# PROGRAM OVERVIEW

**1**

## 1.1 | PURPOSE OF THE PROGRAM BRIEFING BOOK

The Port Authority of New York & New Jersey ("PANYNJ" or "the Port Authority") has prepared this Program Briefing Book to provide an overview of the AirTrain EWR Replacement Program ("AirTrain Program") at Newark Liberty International Airport. This document provides information on the AirTrain Program, its various component projects, and the preliminary conceptual planning work as currently envisioned by the Port Authority.

## 1.2 | BACKGROUND

Newark Liberty International Airport ("Airport" or "EWR") is operated by the Port Authority and located in the southeastern portion of the City of Newark in Essex County and the northeastern section of the City of Elizabeth in Union County, adjacent to Newark Bay. The Airport is 12 miles from Lower Manhattan, New York by highway.

In 1973, the Airport's original Central Terminal Area (CTA) opened, housing Terminals A, B and C. With ever-increasing passenger and air cargo demand, the Airport expanded over the years to accommodate its first international flights in the 1970s, the arrival of Virgin Atlantic Airways offering flights to London in 1984, Federal Express (FedEx) opened its second air cargo hub in 1986, and the expanded operations resulting from the 1987 People Express-Continental Airlines merger. To accommodate the fast-paced expansion of services, a steady progression of infrastructure and terminal upgrades has occurred over the years.

Opening in 1996, AirTrain EWR services the terminals, the Rent-A-Car facility, and parking lots at EWR. In 2001, service was extended to the "Rail Link Station," on the Northeast Corridor Line connecting with Amtrak and NJ Transit service. Today, the system serves seven stations, operates 24/7/365 (with one overnight maintenance shutdown on a monthly basis) and averages 33,000 passengers daily. The infrastructure includes nearly three miles of dual-lane elevated steel box-beam guideway as shown in **Figure 1.**

Over the last 15 years, the Port Authority has made significant efforts to modernize and redevelop the passenger terminals at EWR to respond to the evolving needs of airlines and passengers. Currently, the Port Authority is replacing Terminal A with the construction of Terminal One and a consolidated rental car and parking facility (ConRAC). Until the replacement AirTrain is complete, the existing AirTrain will continue to provide service to terminals, ConRAC, parking lots, and Rail Link Station. The future replacement AirTrain will be developed in recognition of a revised airport configuration.



**FIGURE 1:** Existing AirTrain EWR

## 1.3 | AIRTRAIN PROGRAM

The AirTrain Replacement Program ("**AirTrain Program**") will position the Airport to meet the projected demands of passengers in the 21st century. The AirTrain Program will replace the existing AirTrain with a new automated people mover system ("**APM System**") that includes the construction of guideway infrastructure, passenger stations, vehicles, and a maintenance and control facility. (For the purposes of this Briefing Book, the term "APM" is generic and may encompass any automated system providing mass transit services, and all other infrastructure to provide a full, functional APM).

The existing AirTrain system will remain operational throughout construction of the replacement system. The AirTrain Program includes the operation and maintenance (O&M) of the existing AirTrain for a period of time during construction until the new replacement system is complete and begins revenue service.

In 2018, the Airport handled more than 46 million Annual Air Passengers (MAAP) with AirTrain providing service to 33,000 average daily passengers and as many as 39,000 on a peak day. The Port Authority anticipates that by 2030 the ridership will exceed 41,000 average daily passengers increasing to 50,000 by 2040 representing over 50 percent growth. The AirTrain program will be coordinated and designed to accommodate future airport development and reconfiguration.

## 1.4 | PROGRAM OBJECTIVES

The Port Authority's overarching objectives for the AirTrain Program are to provide world-class facilities and infrastructure that are efficient and scalable, enabling the Port Authority to continue to meet the demands of air travel, increasing access to the region and spurring economic growth through the coming decades. To that end, the following Program objectives include:

**Replace existing AirTrain System:** Replace aging system and associated infrastructure that is at or near the end of its useful life.

**Accommodate future passenger demand:** Accommodate projected passenger demand that will exceed the capacity of the existing system by 2025.

**Accommodate future airport development:** Accommodate long-term planning and configuration of future terminals, parking and rental car facilities at the Airport.

**Provide a "Best-in-Class" passenger experience:** Maximize opportunities for the use of interactive wayfinding, kiosk technologies, and internet connectivity to provide order and clarity to the customer experience. Exhibit local artistry and cultural offerings to enrich and engage passengers in stations and pedestrian links. Provide for smooth passenger flow and easy transitions between stations and destinations. Deliver a stress-free, seamless and engaging environment for a memorable passenger journey.

**Increase passenger level of service:** Improve reliability and passenger comfort with service-proven technology. Provide world-class customer experiences throughout the passenger's journey.

**Maintain Existing AirTrain operations:** Maintain passenger service on the existing system and minimize disruptions to airport operations during the implementation and transition from the existing AirTrain to the new APM System.

## 1.5 | PROGRAM COMPONENTS

**The AirTrain Program currently includes the following Program components:**

- A new robust, fully automated, service-proven, operating system that exceeds the projected ridership demands.

- A dedicated, grade-separated Right-of-Way (ROW) that accommodates existing EWR infrastructure and long-term airport redevelopment plans.

- Climate-controlled passenger stations with world-class amenities that complement a 21st century airport.

- System that provides seamless accessibility to existing or future Terminals, the Rail Link Station, and the ConRAC, with capability of future expansion.

- Supporting infrastructure including power substations, maintenance and control facilities (MCF) and all other infrastructure to satisfy normal and failure management operations.

- Interim elevated and climate-controlled Pedestrian Connectors to Terminals B, C, and P4 Parking Garage.

- O&M of the existing AirTrain system during construction.

- O&M service for the APM system in its entirety, including all infrastructure.

## 1.6 | AIRTRAIN RIDERSHIP AND ESTIMATED GROWTH

The existing AirTrain handles 33,000 average daily riders and 12 million riders annually. This represents 26 percent of the air passengers at the Airport in 2018. Air passenger demand is estimated to increase by 28 percent from 2018 to 2030. The existing AirTrain system handles up to 1,200 passengers per hour per direction and demand is anticipated to grow with air passenger volumes. **Table 1** represents the estimated airport and AirTrain passenger volumes through 2040.

**Table 1:** Estimated Airline & AirTrain Passenger Usage

| YEAR | MILLION ANNUAL AIR PASSENGERS | ANNUAL AIRTRAIN PASSENGERS | AVERAGE DAILY PASSENGERS |
|------|------|------|------|
| 2018 (Actual) | 46 M | 12 Million | 33,000 |
| 2030 | 59 M | 15 Million | 41,000 |
| 2040 | 72 M | 18.5 Million | 50,000 |

# EXISTING AIRTRAIN

## 2.1 | EXISTING AIRTRAIN FACILITIES

The AirTrain EWR system was commissioned in May 1996 to provide landside passenger service on-airport. The system was extended off-airport to the North East Corridor Station in 2001 to provide a mass transit connection to New Jersey Transit and Amtrak regional rail service. This is a fully automated, driverless system, operating on a dedicated, grade separated, elevated guideway.

The system includes the following elements:

- 2.85 miles of dual elevated guideway, steel box-beam construction that varies from five ft to 45 ft above grade

- Seven passenger stations (P2, P3, P4, Terminal A, Terminal B, Terminal C, and Rail Link)

- 22 rotary switches (18 on-airport and four off-airport)

- A maintenance & control facility

- Seven power substations (five within the CTA and two outside the CTA)

- 15 six-car trains consisting of Von Roll Mk III Monorail type vehicles

All stations offer single ended access, with center platforms featuring seven automatic platform screen doors on each platform side. Additionally, each station is equipped with guideway access and emergency access panel doors. All screen doors and access panel doors are monitored by the Automatic Train Control (ATC) system to detect unauthorized guideway access. Vertical circulation is provided by two escalators and one elevator in each station. Station door headers are supplied by Stanley Access Control Technology.

The fleet consists of Von Roll Mk III Monorail type vehicles supported on a straddle-beam guideway, using a six-car, permanently coupled configuration. Each train is supported by seven bogies on pneumatic tires. Propulsion power is provided by four ABB AC drives running on 600 VAC, supplied via side-mounted inverted current collector shoes.

The Power Distribution System (PDS) consists of two primary 27 KV feeders supplied by PSE&G. The 27 KV is stepped down to 13.2 KV in the Central Substation and then distributed to seven substations. The 13.2 KV feeder cable is routed from substation to substation via the guideway infrastructure. At each substation, the 13.2 KV is converted to 600 VAC for propulsion and 480 VAC for back of house/guideway heating power. Four substations are located in stations and three are housed in separate buildings along the ROW. The PDS is monitored and controlled by a Supervisory Control and Data Acquisition (SCADA) control system.

The ATC is based on the Thales Low Density Communication Base Train Control system (CBTC), that is overlaid on a traditional track circuit signaling system. This is a redundant, fail-safe design to ensure safety and reliability. The ATC includes the Automatic Train Protection, Automatic Train Operation and Automatic Train Supervision subsystems installed on-board, in the stations and in Central Control. Each vehicle is equipped with two independent on-board controllers in the lead cars. The Wayside Control Unit also contains redundant controllers to ensure system availability and reliability.

## 2.2 | EXISTING AIRTRAIN OPERATIONS

The existing AirTrain EWR provides passenger service 24/7/365 days per year (except for one overnight maintenance shutdown on a monthly basis). The fleet consists of 15 six-car monorail type vehicles, powered by a 600 VAC power distribution system.

The driverless system operates 24/7 and services seven stations as shown in **Figure 2**. The AirTrain connects terminals A, B and C, Parking lots P2, P3 and P4 and the off-airport Rail Link Station. The system was previously supported by a fleet of 18 monorail vehicles. In July 2019, the system was reconfigured to remove Station P1, to facilitate construction of the ConRAC facility. At that time the fleet size was also reduced from 18 to 15 vehicles.

Trains operate in a Pinched Loop configuration, turning back at the terminus stations P2 and Rail Link Station. The system operates on four-minute headways with nine trains from 5 a.m.–midnight, and three trains in shuttle mode from midnight–5 a.m. (as shown in **Table 2**). The three-train shuttle mode is programmed to service all the stations. Wayside maintenance is scheduled during the overnight shuttle mode. Full system shutdown is scheduled one Saturday every month, from 10 p.m.–7 a.m., to facilitate extended maintenance activities.

**TABLE 2:** Existing AirTrain EWR Schedule

| HOURS OF OPERATION | HEADWAY | MODE | # OF TRAINS IN SERVICE |
|---|---|---|---|
| Midnight–5 a.m. | 15 minutes | Shuttle | 3 |
| 5 a.m.–Midnight | 4 minutes | Pinched Loop | 9 |

**FIGURE 2:** Existing AirTrain EWR

## 2.3 | PREVIOUS UPGRADES/CARP

The existing AirTrain system underwent several upgrades and overhaul efforts since it was commissioned. The Base System, commissioned in 1996, included the stations and section of guideway between station P2 and P4, with twelve vehicles initially. The NEC extension, which was commissioned in 2001, includes the section of guideway from P4 to Rail Link Station, and added six vehicles to the system. Overhauls were performed based on the original equipment manufacturers' recommendations and industry best practice. In 2012, the Port Authority undertook a major Capital Asset Replacement Program (CARP) on the AirTrain system. The CARP included replacement of major subsystems and overhauling all subsystems on the vehicles, communication systems, power distribution system, wayside and fixed facilities (i.e. car wash, traverser, bay door operators, etc.).

Overhaul efforts since 1996:

- Base Vehicle Subsystem and Stations 2002–2003.

- Base System Control, Communications, Power and Signal Rail 2005–2008.

- NEC Vehicle Bodies, Vehicle Subsystems, and NEC Stations 2006–2009.

- NEC Control and Communications Equipment and Power and Signal Rails 2009–2012.

- Replacement and Upgrade of AirTrain Car HVAC Systems 2011–2017.

- CARP–Upgrade, Overhaul and Replacement of major subsystem 2013–2019. (Major subsystems replaced/overhauled under CARP include: Propulsion, Vehicle and Platform doors, Communication, Data transmission, Power Distribution, gearbox, Guideway switches, etc.)

REPLACEMENT AIRTRAIN

## 3.1 | ELEMENTS TO BE PROVIDED

### AirTrain ROW and Stations

The AirTrain Program will provide reliable, time-certain access to the CTA, Rail Link, ConRAC and parking facilities for passengers, employees, and other users. It is to be a fully automated, grade-separated system, consisting of an elevated ROW with stations serving the key elements of the CTA and connection to the Rail Link Station. The ROW under consideration is shown in **Figure 3** below.

The AirTrain Program will operate multiple vehicles that depart passenger stations at required headways and turn back at or beyond the two termini stations—Proposed Station 1 (located at Terminal One) and the Rail Link Station.

**The AirTrain Program is expected to provide:**

- Service-proven, high reliability, year-round operations in climate conditions experienced at EWR

- Energy efficiency

- Operating headways sufficient to move 2,000–3,500 passengers per hour per direction (PPHPD), but no greater than two to three minutes, for passenger convenience

- Dedicated, grade-separated ROW with varying elevations that will likely range from five to 70 feet above grade to accommodate existing and planned EWR infrastructure

- Sufficient infrastructure to support normal and failure management operations

- Appropriate infrastructure to support maintenance personnel access and emergency evacuation of passengers

- AirTrain operation and maintenance during inclement weather, including accumulations of snow and ice

The AirTrain Program will include a sufficient number of stations to service existing terminals, future terminals and a reconfigured Rail Link Station. The stations will provide passenger access to existing Terminals 1, B and C, future Terminal 2, as well as the ConRAC facility. The off-airport station will provide passenger connection to NJT/Amtrak Northeast Corridor service.

**The AirTrain Stations will feature attributes such as:**

- Center platforms of adequate size to allow for boarding and alighting from both platform sides for peak passenger demand.

- Platform elevations that are anticipated to vary from 10 to 75 feet above ground level based on existing and planned EWR infrastructure.

- Vertical circulation consisting of elevators, escalators, and stairs providing passenger access to the mezzanine levels, pedestrian connectors, and grade.

- Climate-controlled platforms with platform edge barrier walls containing automatic platform screen doors and ROW access and emergency egress doors and roofing system.

- Customer amenities commensurate with world-class airports including fully integrated information systems, wayfinding, WiFi, and flexibility to accommodate ticketing for NJT/PATH Service.

**FIGURE 3:** AirTrain EWR Replacement Program



PROPOSED STATION 1

PSEG

CONRAC

1

PED BRIDGE TO TERMINAL 1

UNDER CONSTRUCTION (TYP.)

FUTURE TERMINAL 2 DEVELOPMENT AREA

A

APPROXIMATE LOCATION OF PROPOSED STATION 2 (NOT TO PRECLUDE)

B

PROPOSED STATION 3

C PARKING

C

P4 GARAGE

POTENTIAL INFRASTRUCTURE CONFIGURATION FOR TERMINAL B CONNECTIONS PRIOR TO TERMINAL 2 COMPLETION

PEDESTRIAN CONNECTOR TO TERMINAL C

PEDESTRIAN CONNECTOR TO P4 GARAGE

PROPOSED RAIL LINK STATION

EXISTING RAIL LINK STATION

PROPOSED MCF LOCATION

*LEGEND:*

—— PROPOSED ALIGNMENT ROW ENVELOPE

⬤ PROPOSED STATION LOCATION

0    300    600    1200

**THE PORT AUTHORITY** OF NY & NJ

13

### Early Action Foundations

While the remainder of the ROW is yet to be finalized, 37 foundations for the AirTrain Program are under construction in the southernmost portion of the alignment in order to minimize future impact to the Terminal One roadway operations. The foundations consist of steel pipe piles or drilled shafts and concrete caps. These foundations are expected to support the AirTrain ROW and station adjacent to Terminal One. The replacement AirTrain must respect the Terminal One configuration and roadways (currently under construction) as a fixed existing condition, as shown in **Figure 4.**

### AirTrain Maintenance & Control Facility

To support the operations and maintenance of the AirTrain system, it is anticipated that the MCF will be located at the northern terminus of the system as shown in **Figure 3.** The MCF will provide for the inspection, service, testing, repair and storage of the AirTrain vehicles and other system and facility equipment. The central control room will also be located within the MCF. The MCF will have the following attributes to support the complete AirTrain Program:

- Sufficient number and length of maintenance tracks for vehicle light and heavy maintenance, storage, cleaning and washing

- Sufficient maintenance and repair shop areas, parts and supply storage and employee locker and break rooms

- Sufficient service roads, loading docks and employee/visitor parking

- Sufficient office space, conference rooms and central control room

- Maintenance Yard sufficiently sized to accommodate arrival and departure tracks, switchyard and vehicle storage

### Power Substations

The AirTrain Program will include a sufficient number of power substations to power the AirTrain system. Transformers, rectifiers (as required) and switchgear are to be installed in these power substations to supply power to the buildings and vehicles (as applicable).

**Additional AirTrain Program Elements include:**

- Modifications to existing passenger Terminals C and B and P4 Parking Garage to support any necessary AirTrain pedestrian connectors or other connections, including vertical circulation cores to the terminals' arrival, concourse and departure levels.

- Construction of interim elevated pedestrian walkways connecting Terminals B and C and connecting AirTrain station to Terminal C, Terminal B and P4 Parking Garage.

- Utilities infrastructure, both new and modified, as needed.

- Decommissioning and demolition of portions of the existing AirTrain system guideway, stations, and MCF.

- Demolition of portions of other existing structures, as required, to facilitate the future AirTrain.

**FIGURE 4:** AirTrain EWR Replacement Program Early Action Foundations

TERMINAL 1

CONRAC

AIRTRAIN PROGRAM EARLY
ACTION FOUNDATIONS (TYP.)

**THE PORT AUTHORITY** OF NY & NJ

## 3.2 | AVAILABLE ROW

The AirTrain replacement construction will impact the airport in the area of the CTA, Terminal One, the South Area, Routes 1/9, and the properties west of the airport near the Rail Link station. Vehicular movement will be the biggest challenge and roadway closures should be minimized. Construction is expected to have little to no impact on airside operations.

Existing AirTrain infrastructure should not be impacted. Construction activities adjacent to, or that cross the existing AirTrain, must allow for its continuous operation with minimal scheduled closures.

CTA structures that will remain for long term include Terminal C, Parking Garage C, Control Tower, P4 Parking Garage, Marriott Hotel and the existing AirTrain Rail Link Station. The replacement AirTrain must respect the Terminal One configuration and roadways (currently under construction) as a fixed existing condition.

The existing AirTrain guideway alignment is on Port Authority property even beyond the CTA boundary. The Port Authority would like to explore options to build the replacement AirTrain on the existing guideway ROW and minimize additional property acquisitions and/or leases while still providing acceptable customer service to AirTrain customers.

# REPLACEMENT AIRTRAIN
# OPERATIONS & MAINTENANCE

## 4

# REPLACEMENT AIRTRAIN OPERATIONS & MAINTENANCE

## 4.1 | SCOPE ELEMENTS

### Existing AirTrain System

Provide operations and maintenance of the existing AirTrain as necessary for a period of time during completion of construction to continue passenger service until replacement AirTrain System is operational for passenger service. The replacement system provider will provide the same level of operation and maintenance service as the current O&M provider.

From initial construction of the AirTrain Program to the start of its revenue service, the replacement system provider shall maintain service of the existing AirTrain system and minimize disruptions to the greatest extent practicable.

### Replacement AirTrain System

The vendor must be prepared to provide for a total of 30 years of operations and maintenance for the replacement AirTrain system. The O&M contract will include all aspects of the AirTrain systems, infrastructure and customer interfaces.

## 4.2 | HOURS OF OPERATION

The replacement AirTrain hours of operation will be determined based on Airline flight schedules and employee ridership demand. However, similar to the existing AirTrain, the future system will operate on a 24/7 basis 365 days per year. The schedule will be designed to support peak and off-peak hour demand differences while providing the required level of service to all stations. During peak periods, the APM should provide approximate two-minute headways. The current anticipated peak and off-peak times are listed below in **Table 3.**

**TABLE 3:** Hours of Operation

| HOURS OF OPERATION | SERVICE HOURS |
|---|---|
| Midnight–5:00 a.m. | Off-Peak |
| 5:00 a.m.–11:00 a.m. | a.m. Off-Peak |
| 11:00 a.m.–8:00 p.m. | Peak |
| 8:00 p.m.–Midnight | p.m. Off-Peak |

## 4.3 | CUSTOMER EXPERIENCE

Provide best-in-class amenities and services that improve the comfort and convenience of passengers traveling through the Airport. The station platforms and vehicles will be designed to provide a safe, convenient and comfortable experience. Additionally, new facilities will be compliant with the Americans with Disabilities Act (ADA).

Stations will be programmed with state-of-the-art wayfinding and signage to direct passengers to their destination with real-time information. Way-finding and signage will support streaming content to advise passengers of available services, media broadcasts, local attractions and entertainment. Station design will incorporate seating for passengers and restrooms will be provided at remote stations. The communication system will provide wireless internet and charging stations at all stations.

# EXISTING AIRTRAIN SYSTEM DECOMMISSIONING

## 5.1 | DEMOLITION INCLUDED IN PROGRAM

After successful testing and commissioning of the replacement AirTrain and acceptance by the Port Authority for revenue service, portions of the existing AirTrain system are to be decommissioned and demolished as shown on **Figure 5** and as described below:

- Portions of the existing AirTrain guideway

- Stations P2, P3, and the MCF

- Substations 1 through 6

- Selective demolition and reconstruction of the existing P4 and Rail Link Stations to accommodate the replacement AirTrain Program

In addition, it is anticipated that demolition of several other facilities may be required, subject to determination of final alignment.

EXISTING AIRTRAIN SYSTEM DECOMMISSIONING

**FIGURE 5:** AirTrain EWR Replacement Program Demolition Plan

TERMINAL A STATION

EXISTING AIRTRAIN GUIDEWAY
(DEMOLISH UP TO COLUMN 30)

DEMOLISH EXISTING
AIRTRAIN SUBSTATION 3

DEMOLISH P2 RENTAL CAR
STATION & SUBSTATION 5

TERMINAL B STATION

DEMOLISH P3 RENTAL
CAR/PARKING STATION

DEMOLISH MAINTENANCE CONTROL
FACILITY & SUBSTATION 4

P3 RENTAL CAR AREA
(SELECTIVE DEMOLITION)

P4 Parking Garage Toll Booth
(2 LANES TO BE DEMOLISHED)

DEMOLISH EXISTING AIRTRAIN SUBSTATION 6

DEMOLISH ANHEUSER-BUSCH WEIGH STATION

DEMOLISH EXISTING AIRTRAIN GUIDEWAY

DEMOLISH EXISTING AIRTRAIN SUBSTATION 2

EXISTING AIRTRAIN GUIDEWAY

TERMINAL C STATION

EXISTING AIRTRAIN GUIDEWAY
(DEMOLISH UP TO COLUMN 39)

EXISTING P4 PARKING STATION
(SELECTIVE DEMOLITION)

EXISTING RAIL LINK STATION
(SELECTIVE DEMOLITION)

**LEGEND:**
AREA TO REMAIN
AREA TO BE DEMOLISHED

1200
600
300
0

21    **THE PORT AUTHORITY** OF NY & NJ

# ANTICIPATED PROGRAM DELIVERY & TIMELINE

## 6.1 | PROCUREMENT AND CONTRACTING STRATEGY

The Port Authority envisions that the AirTrain Program will be delivered using a design-build-operate-maintain (DBOM) project delivery model. Various funding options are being pursued.

The Port Authority anticipates issuing procurement documents in accordance with the preliminary timeline shown in **Table 4**.

**TABLE 4:** Preliminary Timeline

| AIRTRAIN REPLACEMENT PROGRAM MILESTONE | ANTICIPATED SCHEDULE |
|---|---|
| Request for Industry Feedback (RFIF) | Q4 2019 |
| RFQ/RFP | Q1 2020 |
| Issue RFP to Highest Qualified Respondents | Q2 2020 |
| Complete Selection Process | Q1/Q2 2021 |
| Award DBOM | Q2/Q3 2021 |
| Full System Passenger Service | Q1 2026 |
| Demolish Existing AirTrain Components | Q2 2026 |



ANTICIPATED PROGRAM DELIVERY & TIMELINE



AIRTRAIN EWR REPLACEMENT PROGRAM

PROGRAM BRIEFING BOOK

THE PORT AUTHORITY OF NY & NJ

WWW.ANEWEWR.COM

REDEVELOPMENT
CAPITAL PROGRAMS

EWR
NEWARK LIBERTY
INTERNATIONAL
AIRPORT