Penso - Proposed Amended Complaint

Major, Matthew <Matthew.Major@wilsonelser.com>
Thu 11/9/2023 4:33 PM
To: Gina Nicasio <gnicasio@elefterakislaw.com>; Brian Vannella <bvannella@elefterakislaw.com>
Cc: Brignola, Gina <Gina.Brignola@wilsonelser.com>

Brian and Gina –

I've conferred with my client about your proposed Amended Complaint. In short, we do not consent. In fact, I am going to provide you with reliable and credible information that completely contradicts your theory and the catchy headlines upon which you rely. I encourage you to take the time to review that information. If you wish to discuss this further, please let me know.

Matt

Matthew Major
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.5983 (Direct)
973.624.0800 (Main)
973.624.0808 (Fax)
matthew.major@wilsonelser.com

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.