RE: Penso

Major, Matthew <Matthew.Major@wilsonelser.com>
Thu 1/4/2024 10:16 PM
To: Gina Nicasio <gnicasio@eeplaw.com>; Brian Vannella <bvannella@eeplaw.com>
Cc: Brignola, Gina <Gina.Brignola@wilsonelser.com>

📎 2 attachments (602 KB)
Letter to Counsel re_ Third Supplement to Discovery Responses(291449894.1).pdf; ALSTOM 13707 - ALSTOM 13717 (ATTORNEYS' EYES ONLY - SUBJECT TO DISCOVERY CONFIDENTIALITY ORDER).pdf;

Brian and Gina –

Please refer to the attached cover letter and documents. These are the documents to which I previously referred as contradicting your theory regarding the proposed amended complaint as they reflect the pricing, timing, scope, and schedule of the capital asset replacement program. You'll note that these documents are part of a larger set of contract documents. I am in the process of reviewing the rest of the relevant portions of the contract and expect to produce them shortly. In the meantime, I encourage you to take the time to review these documents. If you wish to discuss this further, please let me know.

Matt

---

**From:** Major, Matthew
**Sent:** Thursday, January 4, 2024 2:14 PM
**To:** Gina Nicasio <gnicasio@eeplaw.com>
**Cc:** Brignola, Gina <Gina.Brignola@wilsonelser.com>; Brian Vannella <bvannella@eeplaw.com>; NJ <nj@eeplaw.com>
**Subject:** RE: Penso

Gina –

According to my records, our response to your requests for video footage and "keys" is not due until 1/10/24. On a related note, I acknowledge that we promised to provide you documents relevant to the overhaul program. I will make sure I get those to you before I sign off tonight.

Matt

---

**From:** Gina Nicasio [mailto:gnicasio@eeplaw.com]
**Sent:** Thursday, January 4, 2024 11:48 AM
**To:** Major, Matthew <Matthew.Major@wilsonelser.com>
**Cc:** Brignola, Gina <Gina.Brignola@wilsonelser.com>; Brian Vannella <bvannella@eeplaw.com>; NJ <nj@eeplaw.com>
**Subject:** Re: Penso

**EXTERNAL EMAIL** This email originated from outside the organization.

Additionally, we have not received the key that corresponds to the records provided. Without the key, it is as if no records were provided, since we cannot read them.


Gina M. Nicasio, Esq.
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10025
Tel: (212) 532-1116 ext: 1211

**From:** Gina Nicasio <gnicasio@eeplaw.com>
**Sent:** Thursday, January 4, 2024 11:45 AM
**To:** Major, Matthew <Matthew.Major@wilsonelser.com>
**Cc:** Brignola, Gina <Gina.Brignola@wilsonelser.com>; Brian Vannella <bvannella@eeplaw.com>; NJ <nj@eeplaw.com>
**Subject:** Re: Penso

Matt/Gina,

The uploading of the medical and photographic material was completed on the 29th .

I still do not have a response regarding the video.  Please forward video, as previously requested.

Thank you.


Gina M. Nicasio, Esq.
Elefterakis, Elefterakis & Panek
80 Pine Street, 38th Floor
New York, New York 10025
Tel: (212) 532-1116 ext: 1211


**From:** Gina Nicasio
**Sent:** Friday, December 29, 2023 9:56 AM
**To:** Major, Matthew <Matthew.Major@wilsonelser.com>
**Cc:** Brignola, Gina <Gina.Brignola@wilsonelser.com>; Brian Vannella <bvannella@eeplaw.com>; NJ <nj@eeplaw.com>
**Subject:** Re: Penso

Matt,

Uploading of the medicals and photographic material will be done today. It is voluminous and was previously interrupted.

Please advise when we can expect video, as previously requested.


Gina M. Nicasio, Esq.

Elefterakis, Elefterakis & Panek
80 Pine Street
New York, New York 10005
Office: (212) 532-1116
Cell: (917) 982-4007

On Dec 28, 2023, at 1:43 PM, Gina Nicasio <gnicasio@eeplaw.com> wrote:

 I am looking into the Dropbox link upload and will advise.

The family registered two businesses, Prime Restaurant Group and Prime Subs. For two years prior to the incident, Matthew was involved in researching and would have gone out to vet franchise stores that Prime Restaurant Group would eventually purchase. Further, Prime Subs was specifically begun for acquiring Subway Restaurant stores that Matthew would have run. The research into the franchise chains was done primarily by Matthew. When it came time to visit the headquarters and locations of franchise chains, which was the next step in the getting process, Matthew was unable to attend due to his injuries. As a result of Matthew's inability to participate as needed, Prime Restaurant Group and Prime Subs has halted any progress or vetting of potential restaurant purchasing/ownership.

No income has been derived from either business to date.

Any word on when we can expect the requested video? You keep addressing what you are owed, but never respond to my inquiry. I would greatly appreciate a response as to when we can expect some video of the platform and/or other relevant area in the day of the accident, as maintained by your client.

Finally, please advise if you have been successful in serving Amanda Stergas with the Subpoena.

Thank you.

Gina M. Nicasio, Esq.
Elefterakis, Elefterakis & Panek
80 Pine Street
New York, New York 10005
Office: (212) 532-1116
Cell: (917) 982-4007

On Dec 28, 2023, at 12:57 PM, Major, Matthew <Matthew.Major@wilsonelser.com> wrote:

We did not receive anything nor did you provide the name and address of the business Matt was allegedly slated to inherit.

Sent from my iPhone

On Dec 28, 2023, at 12:14 PM, Gina Nicasio <gnicasio@eeplaw.com> wrote:

**EXTERNAL EMAIL** This email originated from outside the organization.

Matt,

Please confirm you received the uploads to the link you provided. Please advise when we can expect the video footage for the time. In my prior email.

Thank you.

Gina M. Nicasio, Esq.
Elefterakis, Elefterakis & Panek
80 Pine Street
New York, New York 10005
Office: (212) 532-1116
Cell: (917) 982-4007

> On Dec 26, 2023, at 4:41 PM, Gina Nicasio <gnicasio@eeplaw.com> wrote:
>
> Matt,
>
> In response to your inquiry regarding outstanding discovery, please be advised as follows:
>
> 1. You should have received a new upload of medical records in our possession.
>
> 2. You should have received an upload of photographic material.
>
> 3. Plaintiff is gathering out of pocket expenses and the same will be forwarded on receipt.
>
> 4. We advised that the plan was for Matthew to have some role in a family business that was being vetted and researched but not yet started at the time of the incident.
>
> Please advise when we can expect video footage. If you cannot identify Matthew ur Amanda in any video, please provide video of the platform, stairs, and other relevant area for the time period 4:00 pm to 6:30 pm on the day of the incident.
>
> Thank you.
>
> Gina M. Nicasio, Esq.
> Elefterakis, Elefterakis & Panek
> 80 Pine Street
> New York, New York 10005
> Office: (212) 532-1116
> Cell: (917) 982-4007
>
>> On Dec 20, 2023, at 10:58 AM, Major, Matthew <Matthew.Major@wilsonelser.com> wrote:
>>
>> Brian & Gina –
>>
>> I'm writing to follow-up on a few outstanding discovery issues:
>>
>>> Medical Records – You noted in the joint letter that you "provided Defendants nearly 1000 pages of Plaintiff's medical records." We don't have these. Can you please resend or upload to the following link: https://www.dropbox.com/request/LmDgl9OJnMrhblLF2Vmn

> Photographs and Video Footage Metadata – You can add the native photo and video files (preserving the metadata) to the following DropBox Link: https://www.dropbox.com/request/LmDgl9OJnMrhblLF2Vmn
>
> Response to Request No. 17 including documents evidencing out-of-pocket medical expenses:
>
> During our recent meet and confer, you noted that it was always the plan for Matthew to have "taken over the family fast food business". Please identify the legal name of the business and its physical corporate address.

Please provide these materials by Friday EOB.

Lastly, I owe you our response to your list of search terms. I will get that to you shortly. Are you intending to use the search terms for Marc's phone, Nancy's phone, AND Matthew's phone?

Matt

Matthew Major
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
7 Giralda Farms
Madison, NJ 07940
973.735.5983 (Direct)
732.939.8812 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
matthew.major@wilsonelser.com

![https://wilson.gjassets.com/content/uploads/2023/10/WE-Mansfield-Email-Sig-2.png]

```
IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank
account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to
you either in the body
of this or any email or in an attachment
without first speaking
with the attorney in our office who is
handling your transaction.
Further, DO NOT accept emailed wire
instructions from anyone else
without voice verification. Even if an email
looks like it has come
from this office or someone involved in your
transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE
CORRECT FOR THIS OFFICE
to verify the information before wiring any
money.
Failure to do so is at your own risk.
Be particularly wary of any request to
change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic
message is intended to be
```

```
                        viewed only by the individual or entity to
                        whom it is addressed.
                        It may contain information that is
                        privileged, confidential and
                        exempt from disclosure under applicable law.
                        Any dissemination,
                        distribution or copying of this
                        communication is strictly prohibited
                        without our prior permission. If the reader
                        of this message is not
                        the intended recipient, or the employee or
                        agent responsible for
                        delivering the message to the intended
                        recipient, or if you have
                        received this communication in error, please
                        notify us immediately by
                        return e-mail and delete the original
                        message and any copies of it
                        from your computer system.

                        For further information about Wilson, Elser,
                        Moskowitz, Edelman &
                        Dicker LLP, please see our website at
                        www.wilsonelser.com or refer to
                        any of our offices.

                        Thank you.
```

**DISCLAIMER FOR ELECTRONIC COMMUNICATIONS NOTICE TO RECIPIENTS: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

```
IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.
```

Matt

**DISCLAIMER FOR ELECTRONIC COMMUNICATIONS NOTICE TO RECIPIENTS: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

```
IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.
```