# northjersey.com

---

TRANSPORTATION

# Modern cable car system will replace AirTrain at Newark Liberty Airport

*2-minute read*



**Colleen Wilson**
NorthJersey.com

Published 4:16 a.m. ET Dec. 28, 2023 | **Updated 4:16 a.m. ET Dec. 28, 2023**

After several years of fits and starts, plans to build a new AirTrain system for Newark Liberty International Airport are moving ahead — with a twist.

The almost 28-year-old monorail system that will soon exceed its useful life will be replaced with a modern cable car system, the Port Authority of New York and New Jersey announced this month.

"It's a very reliable system based on the centralized propulsion design and proven service in severe weather," said James Heitmann, chief operating officer at the Port Authority. "It also brings superior customer experience by way of enhanced dynamic digital signage."

It's also much cheaper than original estimates of $2 billion or more to replace the system.

***Story continues after photo gallery.***

The contract awarded to Austrian-based Doppelmayr Group was for $570 million to design and construct the 2.5-mile automated people-mover system through Newark Liberty, which has a new Terminal A, a new Terminal B in the design phase and a master plan being developed for a renovation of the entire campus in Newark and Elizabeth.

The contract includes options, at a value of $385 million in net present value, to operate and maintain the system for 20 years.

## Construction in 2025, operational by 2029

Major construction is expected to begin in the spring of 2025, with the system expected to be fully operational in 2029. It will be built next to the current AirTrain, which will stay in operation throughout construction. Doppelmayr is known for constructing cable systems for gondolas, ski lifts and airport trams, including BART's airport connector in San Francisco and the DART connector to London Luton Airport.

The Newark system will likely eclipse the customer use at those two airports. Newark's current AirTrain shuttles an average of 33,000 passengers a day. The Doppelmayr system in San Francisco transported an average of 3,300 people a day after its first year in service, the San Francisco Chronicle reported.

On opening day, the new Newark system will be designed to carry double the capacity of the current system using five-car trains. It will be capable of expanding by 40% over time.

**More:** Heading to Newark Liberty? All 33 gates are now open at the new Terminal A

**More:** Better access to Newark AirTrain, rail link coming for west side Newark residents

Getting to this point, however, has been a challenge.

Gov. Phil Murphy called on the Port Authority to replace Newark's AirTrain in 2019 because of its age and frequent breakdowns, saying it would cost the bistate agency $400 million over a decade to keep repairing it.

At that point, the replacement was estimated to cost around $2 billion. When the bids came back in 2022, Port Authority board Chairman Kevin O'Toole said, "The numbers came back, for a variety of reasons, higher than anticipated. ... we're working internally to see what we can do to make it a more competitive bid."

In addition to seeking a more innovative approach, the agency opted to break up the bid package and spread out the risk. The new request for proposal was issued earlier this year. Three firms were short-listed, and ultimately Doppelmayr was chosen for providing the "best value" and because it earned "highest technical rating," Heitmann said.

O'Toole thanked employees for their hard work on getting to this point.

"This is a huge deal for the port, huge deal for the AirTrain project that has been hanging out there for a while," he said.



Subscribe

Advertisement

SUBSCRIBER 🔑

# Bids to replace Newark airport's monorail were too expensive, so the process is starting over

Updated: Dec. 09, 2022, 8:38 p.m. | Published: Dec. 08, 2022, 9:29 p.m.

    

By **Larry Higgs | NJ Advance Media for NJ.com**

Got a design to replace Newark Airport's 26-year-old monorail with a better AirTrain? The Port Authority wants to hear from you after officials hit the reset button on the process Thursday.

The agency re-advertised requests for qualifications on Thursday for companies to design and build a new transit system between the Northeast Corridor rail line and between the airport's three terminals, as well as for an operator to run and maintain it for at least 10 years.

Advertisement

This time the agency put out a request for qualifications for five pieces of the project instead of an entire design, build, operate and maintain contract after bids came in higher than officials expected this year. Electronic submissions are due on Jan. 26.

The "take two" comes after the authority missed a July 28 date to select a joint venture from four companies that were qualified in 2021 by the agency to submit design proposals to build and operate the AirTrain for 30 years.

Bids to build and operate the replacement came in "higher than expected," said Kevin O'Toole, authority board of commissioners chairman in September. "We will see what we can do to make it more competitive to replace the AirTrain."



**We hope you enjoyed your free Subscriber Exclusive story.**

Over 800 Subscriber Exclusive stories are published each month.

Check out Subscriber Exclusives

Authority officials did not elaborate where they expected to economies or cost savings beyond what was contained in a press release and the RFQ.

This RFQ splits up work into five potential separate contracts: early work, design, construction of a 2.5-mile elevated guideway structure and three stations including "back of house" areas, maintenance and control facility for the system technology equipment and pedestrian connections from stations to existing airport facilities.

That first phase includes design and construction, operations and maintenance of the "components necessary for a fully functional, world-class AirTrain," officials said.

"The first phase of the procurement process is a critical step in advancing our commitment to delivering a new system designed to provide best-in-class standards for reliability, comfort, and convenience using 21st century technology," O'Toole said in a statement.

After contractors and joint ventures submit their qualifications, the most qualified respondents will be placed on a short list in February. Those companies will receive a request for proposals in the first quarter of 2023. A final RFP will be issued to shortlisted proposers. After they submit proposals in the second quarter of 2023, Port Authority officials will evaluate them and the board of commissioners could select the preferred contractor in the third quarter.

The authority started discussing the monorail's replacement in 2015. Built for $354 million in 1996, it carried 33,000 people a day in 2019.

Plans had called for construction of the AirTrain to begin in the first quarter of 2022, with testing of the new system in the first quarter of 2025. It was supposed to go in service in the first quarter of 2026 and the old monorail would be demolished.

The authority hasn't specified what type of people mover will replace the monorail except that it is seeking something with more people carrying capacity. Passenger compartments in the current monorail cars just about accommodate four adults with luggage.

The basic concept would replace the monorail with a new 2.5-mile elevated rail link that authority officials called a "critical component of the modernization" of Newark Liberty. It would serve the new Terminal One, which will replace Terminal A, and a future replacement for Terminal B.

Authority officials pledged to replace the aging and under capacity monorail after Gov. Phil Murphy called for a $2 billion replacement of the monorail.

Authority officials added the AirTrain to the agency's 2017-2026 Capital Plan during a reassessment of it in late 2019. In 2021, the project's mid-2022 construction start was slightly off the schedule that appeared in February's draft environmental assessment report.

Port Authority officials said in May 2021 that the process was delayed, partly due to financial pressures caused by the coronavirus pandemic.

*Our journalism needs your support. Please subscribe today to NJ.com.*

*Larry Higgs may be reached at lhiggs@njadvancemedia.com.*

# THE BOND BUYER

**TRANSPORTATION INDUSTRY**

# Port Authority Planning AirTrain Newark Replacement

By **Andrew Coen**     May 04, 2015, 10:46 a.m. EDT     1 Min Read

The Port Authority of New York and New Jersey is studying plans to replace Newark Liberty International Airport's aging monorail.

The Port Authority Board of Commissioners approved a $40 million planning commitment to study construction of a new AirTrain Newark at its April 30 meeting. The board's action authorizes preparation of a federal application to seek recovery of the $40 million planning cost through airport Passenger Facility Charges.

The planning studies will include a review of funding, financing and project delivery alternatives with full replacement project costs to be taken into account in upcoming review of the Port Authority's 10-year capital plan.

"Our AirTrain systems are vital to the efficient movement of passengers and employees to and from our airports," said Port Authority Vice Chair Scott Rechler. "We will continue to make the necessary investments to modernize our existing infrastructure and to increase access to the region's airports."

Get clarit

# THE BOND BUYER



The Port Authority estimates that $60.6 million in economic activity will be created over the life of the planning process for the new AirTrain service including 90 direct jobs totaling $8.3 million in wages. The service opened in 1996 serving airport terminals, parking garages and rental facilities before expanding five years later to a station connecting with New Jersey Transit and Amtrak trains. Ridership totaled nearly 2.2 million passengers in 2014 with roughly 25,000 riders using the system daily, according to Port Authority officials.

Andrew Coen

For reprint and licensing requests for this article, <u>click here</u>.

**TRANSPORTATION INDUSTRY    NEW JERSEY**

# THE BOND BUYER

---

## TRENDING

**PUERTO RICO**

### PREPA bond trustee says plan breaches trust agreement

The separate settlements some bond parties have reached with the Oversight Board "dramatically violate" the trust agreement, the trustee's attorney said.

By **Robert Slavin**

8h ago

---

**PRIMARY BOND MARKET**

### Mega deals from NYC waters, Harvard, University of Cal Regents see strong demand in primary

Large deals were repriced to lower yields while the secondary market was lightly traded, leading to little changed triple-A yield curves and underperformance to Treasury market gains. Despite a growing calendar, the supply demand imbalance remains with much cash on the sidelines.

By **Jessica Lerner**

# THE BOND BUYER

## Rochester MAs denied motion to dismiss in SEC case

The denied motion will give Rochester MAs Richard Ganci and Richard Tortora of Capital Markets Advisors the opportunity to motion for summary judgment, giving the judge a chance to consider all of the evidence present in the case.

By **Connor Hussey**

8h ago

---

## MORE FROM THE BOND BUYER

### IRS offers new guidance on utilities tapping securitization

The new guidance modifies rules that stretch back to 2005.

Mar 1, 2024



### MTA: congestion toll lawsuits threaten New York City Subway repairs

Legal challenges to congestion pricing tolls may delay much-needed repairs to the city's transit system, the Metropolitan Transportation Authority said.

Feb 28, 2024



### Chicago suburb Dulton faces vehicle repossessions, murky finances

It's been two years since Dolton, Illinois, filed audited annual financials, and hints of fiscal stress include a threat to repossess police crusiers.

Mar 5, 2024



# THE BOND BUYER

The authority is one of the few investment-grade U.S. issuers actively selling triple-tax-exempt paper.

Feb 27, 2024



## William Fish, municipal bond veteran, dies at 79; had worked at DLJ, AIG

Mr. Fish worked at Bankers Trust Co., Donaldson, Lufkin, & Jenrette and ABN Amro and had served as a chair of the Municipal Analysts Group of New York and been a president of the Society of Municipal Analysts.

Mar 4, 2024



## S&P revises Mississippi's credit outlook to negative from stable

"The risk of future budgetary pressure is further elevated due to pension contributions falling short of their actuarially determined contribution amounts in each of the past three years and a relatively high level of unfunded pension liabilities," said S&P's Rob Marker.

Mar 4, 2024



## Like what you see? Make sure you're getting it all

Independent and authoritative analysis and perspective for the bond buying industry

SUBSCRIBE

FOLLOW US IN REAL TIME

  

About Us

Contact Us

Daily Report

Statistics Reports

RSS Feed

Privacy Policy

Subscription Agreement

Content Licensing/Reprints

Advertising/Marketing Services

# THE BOND BUYER

# CHRISTOPHER MAAG

Surprising but true.

First published in *The Record* Dec. 24, 2015

## AIRTRAIN FAILURE NO SURPRISE — NEWARK TRAIN PLAGUED FROM DAY ONE

When the AirTrain monorail opened at Newark International Airport in 1996, it was viewed as an engineering marvel. Finally, the airport's old fleet of bouncy, slow, diesel-fuming jitney buses had been replaced by a sleek train passing silently overhead.

"There will be no more people saying, 'I got to the airport in 10 minutes but it took me 30 minutes to travel around the terminals,' " said John J. Haley Jr., deputy executive director of the Port Authority of New York and New Jersey. "The system is absolutely safe and reliable."

Safe, maybe. But AirTrain Newark was never reliable. And that should have come as no surprise to the people responsible for bringing it to the airport.

They knew because they were told by the man who sold it to them.

"It was a system that had not been run previously in the snow," said Paul H. Wyss, now 80 and retired for 20 years. He conceived the project in the early 1990s when he was chief of American operations for Von Roll Transport. "Everybody knew ahead of time that there would be issues with snow and snow removal," he said.



Port Authority of New York and New Jersey board members discuss the agency's capital plan. Photo: Chris Pedota, The Record

That proved to be an understatement. Even before AirTrain was finished, the Port Authority had serious problems clearing snow and ice, which delayed the monorail's opening. Those issues -- plus a half-dozen more -- grew worse over the next two decades.

Finally, 19 years after it went into service, Port Authority Executive Director Pat Foye announced in May that AirTrain Newark must be scrapped.

When informed that the system he helped design is nearing its demise, Wyss took the news in stride. Decades ago, he had predicted that, too.

"I'm not surprised that they reached the end of the system's capacity," he said. "We knew all along that the system probably wouldn't last too long."

Over its short life, AirTrain Newark cost the Port Authority more than $1 billion for construction and repairs.

Now the agency plans to spend up to $2 billion on a new people mover at Newark.

"We don't want to repeat that mistake," Foye said.

But some experts say any future system that builds on old concepts may, in fact, be a mistake -- and fail for some of the same reasons as the current one did, by saddling the agency with expensive, out-of-date machinery as other major airports around the world forsake people-moving trains entirely.

As discussions get under way at the Port Authority to figure out what to do, the history of Newark Liberty International Airport's ill-fated monorail could provide a cautionary tale. Its failures began before it even opened.

And it all started with a skinny little notch in the ceiling.

**A notch too tight**

When architects for the Port Authority dreamed up a new airport for Newark in the late 1960s, they drew three terminal buildings on the edge of an oval parking lot. The plans included wide gaps between the buildings, to be knitted together someday by a mass transit system.

Such systems take different forms. The trains at the airport in Houston resemble city buses. The monorail at the Tampa Airport has tiny cars resembling droids from "Star Wars."

Newark didn't have enough passengers to require a people mover, so the planners tried to think ahead. Since they didn't know which system would eventually work, they placed a notch in the ceilings of the terminal buildings, just behind the check-in desks. That way, when a train eventually was needed, the Port Authority would have an easy place to build it.

"It was visionary," said Huntley A. Lawrence, now the agency's general manager for aviation, who oversaw AirTrain Newark for years. "It was a whole vision for how the terminals were going to look and how you would integrate transit into the terminals."

By 1995, the annual passenger count had reached 26.6 million and the airport's roadways were congested with traffic, including a fleet of buses transporting passengers between the terminals and parking garages.

Newark Airport needed a train.

But there was a problem. Over the ensuing two decades, train systems for airports had grown more complex – and fatter – said Lawrence Fabian, a city planner who specializes in airport people movers.

The notch, perfectly sized in the early 1970s, now seemed very small.

Multiple companies bid on the project, Lawrence said, but most offered trains too big for the notch. Only one had a system that fit: Von Roll Transport's monorail, which originally was developed for small amusement parks and shopping centers in the Southern Hemisphere. Not only did Von Roll's system require minimal changes to the buildings, the Swiss company's bid also was the cheapest: an estimated cost of $140 million.

"If you decided that you wanted something larger, you would have had to spend money to demolish the terminal by the notch and then rebuild it," Lawrence said. "So that was a factor. It was an important factor."

But in the small community of mass transit aficionados, the purchase raised eyebrows.

 "There was a lot of surprise in the industry when Von Roll got this contract," said Kim A. Pedersen, founder and president of The Monorail Society, a group of enthusiasts. "Von Rolls were known to have different kinds of mechanical glitches. Their systems are vulnerable in the winter."

**Problems start Day 1**

By the time the Port Authority granted Von Roll the contract, it had only just begun to engineer a heating system to clear snow and ice from the track. Then, before construction started, Von Roll was purchased by another company.

"I thought at the time that they would have to make special provisions to remove snow and ice before it ran," Wyss said.

That problem, plus re-engineering the complex switches that Von Roll had built to move trains from one track to another, delayed construction by a year and a half, and more than doubled the system's cost to $354 million.

Even after all that, come opening day on May 31, 1996, the heating system still wasn't fixed. Every night for the next few months, the Port Authority shut down AirTrain to continue tweaking the rail heaters. There were other problems, too. On that first day, travelers complained to The Record that the doors failed to close, and the cars were too small to handle the crowds.

One of the early riders was people mover expert Lawrence Fabian. He was amazed by how terrible it was.

"I'm someone who dedicated my career to advanced transit, and this thing was so wobbly and slow that it was embarrassing to me that this would be counted as advanced transit," Fabian said.

Engineers at the Port Authority felt the wobble, too. Almost immediately, they noticed the system's steel rail was bending too much under the weight of the trains, and some of the steel support beams were cracking under the strain, according to a report by researchers at Purdue University.

To fix those problems, AirTrain's first major shutdown came just 18 months after it opened.

Even more problems came in winter. That's because no other city in the world has ever attempted what the Port Authority did in Newark: Build a monorail with a steel rail that's exposed to the elements, in a city with cold winters.

"It was unique," Wyss said.

To understand the problem, Wyss said, imagine a car's rubber tires rolling across a steel bridge in winter. If the bridge is covered in ice, the car won't have enough traction to start or stop.

Von Roll monorails had only been built in warm cities, Wyss said, mostly in places where they could close every night for maintenance. Building one that runs 24 hours a day in a place like Newark "was a borderline situation," he said.

The Port Authority never solved the problem. The original heating system was inadequate, Lawrence said, allowing slush to accumulate on the rail and forcing trains to stop. The Port Authority had to suspend AirTrain service twice, once in 1999 and again in 2010, to overhaul that system, Lawrence said.

Other issues surfaced. The rubber tires rubbed paint off the rail, which caused rust and reduced traction. The air compressors were too small to charge the pneumatic brake systems, which caused the safety systems to shut down the trains, sometimes stranding passengers between stations, Lawrence said.

The computerized operating systems often could not maintain appropriate speeds on the rail's twisty path, causing safety overrides and even more shutdowns. Von Roll's unique system of switches failed regularly, Lawrence said.

But despite all those problems, the Port Authority decided AirTrain Newark was worthy of an expansion. A four-mile extension to the Northeast Corridor, where passengers could connect with NJ Transit trains, opened in 2001 at a cost of $415 million.

Already too small to handle crowds inside the airport, the monorail now struggled to accommodate passengers from commuter trains, too.

"As it has been scaled up to serve the long-term parking lots and a rail line, the system is showing its inability to handle these additional tasks," said Richard Barone, director of transportation programs for the Regional Plan Association.

Many of these problems continue today, causing regular shutdowns. The latest happened the weekend before Thanksgiving.

"It's absolutely ridiculous," said Jason Scherman, who rides the AirTrain a few times a week. "Every time they close this thing I have to get on a bus, which adds 45 minutes to my trip. It's absurd, and it's a huge waste of time."

As the volume of passengers keeps climbing, the system could be completely overwhelmed. Last year, 35.6 million passengers used Newark Airport, according to the Port Authority, far outstripping the FAA's predictions of 23 million people a year. Now, the Port Authority believes that in two decades the number of passengers will reach 56.8 million.

AirTrain was never intended to handle that many people, Wyss said.

"Airport people think in terms of a jumbo jet coming in, and they want to get rid of a lot of people in a hurry," Wyss said. "You can't do that with a monorail because it's a trickle service. It's just too small."

'**This is frustrating**'

There was no snow in Newark on a recent Thursday afternoon, and the airport was not busy. But AirTrain was causing problems for travelers anyway. Tad Strong ran up the stairs to the AirTrain station inside Terminal B dragging a suitcase on wheels.

He stopped at the first car. Five people stood inside, leaving no room for Strong. He ran to the next car. And the next. Each was filled to the brim, with five or six people. Strong reached the front of the train, the doors closed and he was left at the station.

"This is frustrating. It happens almost every time," said Strong, who rides AirTrain at least once a week. "They need bigger trains."

To avoid such problems, Russell Marks travels light, carrying just a backpack for his weekly business trips from Newark. But that's little help when AirTrain breaks.

"When the system is down, there's nothing I can do," Marks said. "I've definitely missed flights when this thing was shut down and I had to take the bus."

Now, the Port Authority is spending $40 million to begin planning a replacement for the AirTrain, and has committed $94 million to keep the old system limping along until it can conceive, design and construct its successor by 2022.

And like the existing system, which seemed a good idea at the outset, some experts believe this new plan may turn out to be misguided. Back in the 1970s and '80s, people movers at airports were relatively cheap to build, Fabian said. In the ensuing decades, they've grown far more complex and expensive.

"Tampa built two systems in the 1970s for $4 million apiece," Fabian said. "Now each one of those things costs $2 billion."

People movers have grown so expensive that most new airports are abandoning them. Beijing's massive airport, which is scheduled to open in 2018 and is being built to serve 120 million people a year, doesn't have one.

"Even huge airports, where previously they would've put in a people mover, now they avoid it with moving walkways," Fabian said. "Or they just make people walk a lot."

.



First published in *The Record* Dec. 24, 2015



yahoo/news    Search the web    🎤    News  Finance  Sports  More ˅ ✉ Mail    Sign in

**AP**

# New capital plan won't replace outdated Newark AirTrain

The clock is ticking for airline travelers who use the outdated and delay-plagued monorail at Newark Liberty International Airport

**David Porter, Associated Press**
January 7, 2017

 

NEWARK, N.J. (AP) -- As the New York region's largest transportation agency prepares to embark on a 10-year, $30 billion infrastructure spending plan amid accusations of political skullduggery, one of its aging — and potentially unsafe — assets apparently has been pushed to the back burner.

The Port Authority of New York and New Jersey's just-released preliminary 10-year capital plan contains $300 million for repairs and maintenance to Newark Liberty International Airport's oft-delayed AirTrain, which agency officials have said will be obsolete by 2022 and should be replaced.

Meanwhile, the Port Authority has included in its spending plan $1.7 billion to extend rail service on its PATH trains from lower Manhattan to connect to the Newark AirTrain, and roughly $1.5 billion for a new rail service to New York's LaGuardia Airport.

A Port Authority spokesman said planning and preliminary design work, part of a $40 million initiative approved in 2015, is expected to be finished by the end of this year and an environmental assessment document would be submitted to the Federal Aviation Administration around the same time. The spokesman didn't give an estimate on when work on a new train could begin.

yahoo!news

News  Finance  Sports

✉ Mail    Sign in



parking lots. A link to Amtrak and New Jersey Transit's Northeast Corridor rail lines opened in 2001.

"Think about the absurdity of prioritizing a PATH extension to the airport but leaving the connection to the Northeast Corridor to potentially fail," said New Jersey Assemblyman John Wisniewski, chair of a legislative transportation committee. "By trying to appease all interests they spread a lot of money around on a lot of projects, none of which are funded to the level they require and still leave other projects, such as this, unfunded."

Newark's airport handled about 37 million passengers in 2015. More than 2 million people use the AirTrain annually, according to the Port Authority.

AirTrain delays are commonplace and sometimes occur at the most inopportune times. Two weeks ago, on Dec. 23, the train shut down for two hours, delaying thousands of holiday travelers. It had to be taken offline for repairs for two months in summer 2014, forcing travelers to take shuttle buses.

The Port Authority resolution in April 2015 to put $40 million toward design and planning for a new AirTrain said the system "currently experiences crowding issues, because demand exceeds capacity during peak periods, and weather-induced delays. Although substantial investment has been made to maintain current operations, such investment has not extended the 25-year design life of the system, nor has it expanded capacity."

The contract with Bombardier, the global manufacturer that built the AirTrain, expires in 2022, officials said at the time.

The bistate Port Authority has come under fire on both sides of the Hudson River recently over its process for funding numerous large-scale infrastructure projects, particularly a new bus terminal in midtown New York City.

Critics have charged the agency has approved unnecessary projects to appease politicians in both states, while the bus terminal project remains underfunded.

Board member Kenneth Lipper, an appointee of New York Gov. Andrew Cuomo, went so far as to propose an amendment at Thursday's board meeting to remove the LaGuardia and PATH-to-Newark rail projects from



yahoo/news

News    Finance    Sports

Mail    Sign in

The proposal was voted down.

Stephen Sigmund, executive director of the Global Gateway Alliance, an advocacy group for New York-area airports, said the capital planning process invariably contains trade-offs.

"It's a basic question and challenge, that you have all this aging infrastructure and you can't fix all of it at once and add all the things you want to add," he said. "For us it was very important that the PATH to Newark go forward and there be better transit access to the airport in general."

 **View comments**