# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Plaintiff,<br><br>MATTHEW PENSO,<br><br>vs.<br><br>Defendants,<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY, BOMBARDIER TRANSPORTATION (HOLDINGS) USA INC., and JOHN DOE COMPANY #1-5 (fictitious name). | Case No. 2:23-cv-00474-SDW-JBC |

## ORDER

**THIS MATTER** having been opened before the Court upon the Motion of Plaintiff, Matthew Penso, for Leave to File A First Amended Complaint; and

**WHEREAS**, on_____, the Honorable Susan D. Wigenton granted Plaintiff's Motion for Leave to File A First Amended Complaint, pursuant to F.R.C.P. 15(a).

**SO ORDERED:**

_____
Clerk, United States District Court
District of New Jersey