**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT ST. ROOM 2060**
**NEWARK, NJ 07102**

July 2, 2024

**LETTER ORDER**

Re:   **Penso v. Bombardier Transportation (Holdings) USA, Inc., et al.**
      **Civil Action No. 23-474 (SDW)**

Dear Counsel,

The Court is in receipt of a motion filed by Plaintiff seeking the entry of an Order quashing two non-party subpoenas served by Defendants in this matter. *See* Dkt. No. 62. Pursuant to the Pretrial Scheduling Order entered in this matter on April 4, 2023, "[a]ny discovery dispute shall be brought to the Court's attention in the first instance by letter . . . after the parties' good faith attempt to resolve the dispute has failed" and "[n]o discovery motion . . . shall be made without prior leave of Court." Dkt. No. 19 at ¶ 5-6. Plaintiff did not raise the subject discovery dispute by letter and did not request or receive the Court's leave prior to filing the present motion. Accordingly, Plaintiff's motion to quash [Dkt. No. 62] is hereby **TERMINATED**.

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**