**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

February 10, 2025

**LETTER ORDER**

Re:   **Penso v. Bombardier Transportation (Holdings) USA, Inc., et al.**
      **Civil Action No. 23-474 (SDW)**

Dear Plaintiff and Counsel,

As discussed during the telephonic hearing held in this matter earlier today, and for the reasons set forth on the record, the Court orders as follows:

1) The pending motion by Elefterakis, Elefterakis & Panek ("EEP") seeking leave to withdraw as counsel for Plaintiff in this matter [Dkt. No. 95] is **GRANTED**. Plaintiff shall have **thirty (30) days** from the date of this Order to retain new counsel and have such counsel enter a formal appearance in this matter. If no counsel appears, Plaintiff shall proceed in this matter *pro se*.

2) Plaintiff shall serve all outstanding written discovery responses by **March 31, 2025**.

3) Plaintiff's request for a modification of the Discovery Confidentiality Order entered in this matter on July 10, 2023 [Dkt. No. 27] is **DENIED**.

4) The expert discovery deadlines set forth in the Court's December 17, 2024 Order [Dkt. No. 91] are stayed pending further order of the Court.

5) The Court will conduct a telephone status conference with the parties on **April 7, 2025 at 12:00 PM**. Counsel for Defendants shall initiate the call.

**IT IS SO ORDERED.**

                                              s/ James B. Clark, III
                                      **JAMES B. CLARK, III**
                                      **United States Magistrate Judge**