

November 26, 2025

**Andrew J. Heck**
973.735.1397 (direct)
Andrew.Heck@wilsonelser.com

**Electronically Filed**
The Hon. James B. Clark, III, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Courtroom MLK 2A
Newark, NJ  07102

   **Re:** **Matthew Penso v. Port Authority of NY & NJ, et al.**
      **Civil Action No. 2:23-cv-00474 (SDW)(JBC)**

Dear Judge Clark:

  I write on behalf of Defendants Port Authority of New York and New Jersey (the "Port Authority") and Bombardier Transportation (Holdings) USA Inc. (now known as Alstom Transport USA Inc.) ("Alstom") (collectively, "Defendants"), and with consent of Plaintiff's counsel, in order to request that the conference call scheduled for Monday, December 1, 2025 at 10:00 a.m., be moved to 1:30 p.m., given that I have a trial call at 9:00 a.m. in Middlesex County Superior Court before the Honorable Bruce J. Kaplan, J.S.C. on matter styled *Gandhi v. Shopping Center Associates et al.*, Docket No.: MID-L-3748-22.

  As always, I thank the Court for its attention to and consideration of this matter.

           Respectfully submitted,

           **WILSON, ELSER, MOSKOWITZ,**
           **EDELMAN & DICKER, LLP**

           s/ *Andrew J. Heck*
           Andrew J. Heck, Esq.

AJH/cz
cc: All counsel of record (via e-filing)

7 Giralda Farms | Madison, NJ 07940 | p 973.624.0800 | f 973.624.0808 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY
Madison, NJ | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

325546709v.1