## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(973) 776-7700**

<table>
<tr><td>CHAMBERS OF<br><b>JAMES B. CLARK, III</b><br>UNITED STATES MAGISTRATE JUDGE</td><td>U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102</td></tr>
</table>

December 2, 2025

### **LETTER ORDER**

Re:   **Penso v. Bombardier Transportation (Holdings) USA, Inc., et al.**
      **Civil Action No. 23-474 (SDW)**

Dear Counsel,

The Court will conduct a telephone conference with the parties in this matter on **December 2, 2025 at 1:30 PM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

                                                    s/ James B. Clark, III
                                                    **JAMES B. CLARK, III**
                                                    **United States Magistrate Judge**