**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

**(973) 776-7700**

CHAMBERS OF                                                                                     U.S. COURTHOUSE
**JAMES B. CLARK, III**                                      50 WALNUT ST. ROOM 2060
UNITED STATES MAGISTRATE JUDGE                    NEWARK, NJ 07102

December 8, 2025

**LETTER ORDER**

    Re:    **Penso v. Bombardier Transportation (Holdings) USA, Inc., et al.**
              **Civil Action No. 23-474 (SDW)**

Dear Counsel,

By **5:00 PM today, December 8, 2025**, Plaintiff shall file a letter confirming full compliance with the Court's December 3, 2025 Order [Dkt. No. 143].

**IT IS SO ORDERED.**

                                                                              s/ James B. Clark, III
                                                                            **JAMES B. CLARK, III**
                                                                            **United States Magistrate Judge**