**STARK & STARK**
A Professional Corporation
Attorneys at Law
Office: 100 American Metro Boulevard, Hamilton, NJ 08619
Mailing: P.O. Box 5315, Princeton, NJ 08543
Attorneys for Plaintiff
By: Evan J. Lide, Esq. (003422007)
    Domenic B. Sanginiti (018792007)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MATTHEW PENSO,<br><br>                Plaintiff,<br><br>vs.<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY, BOMBARDIER TRANSPORTATION (HOLDINGS) USA INC., (now known as ALSTOM TRANSPORT USA INC. ("ALSTOM")) and JOHN DOE COMPANY #1-5 (fictitious designations),<br><br>                Defendants. | **CASE NO.: 2:23-cv-00474 (SDW)(JBC)**<br><br>Civil Action<br><br>**NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Return Date: Thursday, January 29, 2026**<br><br>**ORAL ARGUMENT REQUESTED** |

    TO:    Andrew Heck, Esquire
            Wilson Elser Moskowitz Edelman & Dicker LLP
            7 Giralda Farms, Ste 100
            Madison, NJ 07940
            **Attorney for Defendants, Port Authority of New York and New Jersey and Bombardier Transportation USA, Inc.**

**PLEASE TAKE NOTICE** that on Thursday, January 29, 2026, at 9:00am, or as soon thereafter as counsel may be heard, Plaintiff, Matthew Penso, by and through counsel, shall move before the United States District Court for the District of New Jersey, Honorable James B. Clark, III, United States Magistrate Judge, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Court Room MLK 2A, Newark, New Jersey 07102, for entry of an Order granting Plaintiff's Motion to Bar the testimony of Terry Leslie, M.Ed., CRC.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Plaintiff shall rely upon the arguments set forth in the Memorandum of Law filed contemporaneously herewith.

Pursuant to Local Civil Rule 78.1(b), Plaintiff hereby requests oral argument on this Motion.

A proposed for of Order is being submitted with this motion in accordance with Local Civil Rule 7.1(e).

                                                **STARK & STARK, PC**
                                                Attorneys for Plaintiff, Matthew Penso

                                                By: */s/ Evan J. Lide*
                                                    **EVAN J. LIDE, ESQ.**
                                                    100 American Metro Blvd.
                                                    Hamilton, NJ 08619
                                                    Ph: (609) 895-7253
                                                    Fax: (609) 896-0629

        Email: ELgroup@stark-stark.com


*/s/ Domenic D. Sanginiti, Jr.*
**DOMENIC B. SANGINITI, JR., ESQ.**

        100 American Metro Blvd.
        Hamilton, NJ 08619
        Ph:  (609) 895.7399
        Fax:  (609) 896.0629
        Email: dsanginiti@stark-stark.com

Dated:  December 31, 2025