

January 23, 2026

**The Hon. Susan D. Wigenton, U.S.D.J.**
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Courtroom MLK 5C
Newark, NJ 07102

Re:   *Matthew Penso v. Port Authority of NY & NJ, et al.*
      Civile Action No.: 2:23-cv-00474 (SDW)(JBC)

Dear Judge Wigenton:

Plaintiff respectfully submits this letter in response to Defendants' January 16, 2026 motion to bar the testimony of Joshua Prager, M.D., M.S.

Although Dr. Prager's expert report was timely produced, despite good-faith efforts, the parties were unable to schedule his deposition prior to the close of discovery. Plaintiff previously advised defense counsel that Plaintiff would not be calling Dr. Prager as a witness at trial.

Accordingly, Plaintiff does not oppose Defendants' motion to bar Dr. Prager from testifying. However, Plaintiff respectfully notes that Dr. Prager's treatment records were timely exchanged in discovery, reviewed and relied upon by other properly disclosed witnesses, and have been appropriately included on the Joint Exhibit List for use at trial. To the extent Defendants seek to exclude those records as well, such relief is unwarranted and unsupported, as the records are independently admissible and relevant irrespective of whether Dr. Prager is called as a witness.

Respectfully submitted,

**STARK & STARK, P.C.**

**By:** */s/ Evan J. Lide*
      EVAN J. LIDE, ESQ.