

January 23, 2026

**The Hon. Susan D. Wigenton, U.S.D.J.**
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Courtroom MLK 5C
Newark, NJ 07102

Re:   *Matthew Penso v. Port Authority of NY & NJ, et al.*
      Civile Action No.: 2:23-cv-00474 (SDW)(JBC)

Dear Judge Wigenton:

Plaintiff submits this letter in response to Defendants' January 16, 2026 motion to bar the testimony of Autumn Perry, PT, DPT. Plaintiff does not oppose the motion.

Although Dr. Perry's expert report was timely produced, despite good-faith efforts, the parties were unable to schedule her deposition prior to the close of discovery as she went on maternity leave. Plaintiff previously advised defense counsel that Plaintiff would not be calling Dr. Perry as a witness at trial.

Accordingly, Plaintiff does not oppose Defendants' motion to bar Dr. Perry from testifying. However, Plaintiff respectfully notes that Dr. Perry's treatment records were timely exchanged in discovery, reviewed and relied upon by other properly disclosed witnesses, and have been appropriately included on the Joint Exhibit List for use at trial. To the extent Defendants seek to exclude those records as well, such relief is unwarranted and unsupported, as the records are independently admissible and relevant irrespective of whether Dr. Perry is called as a witness.

Respectfully submitted,

**STARK & STARK, P.C.**
By: */s/ Evan J. Lide*
       EVAN J. LIDE, ESQ.