UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

NEWARK  DATE: January 29, 2026
JUDGE: Susan D. Wigenton

COURT REPORTER: Joanne Sekella

DEPUTY CLERK: Carmen D. Soto

Title of Case:  Civ. No. 23-474

MATTHEW PENSO v. BOMBARDIER TRANSPORTATION (HOLDINGS) USA, INC., et al.

**Appearances:**
Domenic B. Sanginiti, Esq. for Pltf.
Evan J. Lide, Esq. for Pltf.
Andrew James Heck, Esq. for Defts.

Nature of Proceeding:   **MOTION HEARING**

Hearing held on Plaintiff's Motions for Summary Judgment and Motion for Partial Summary Judgment (ECF Nos. 153; 152).
Ordered decision reserved.
The February 11, 2026, trial is adjourned.

Time Commenced 2:35 p.m.
Time Adjourned   3:50 p.m.
Total time:    1 hr. 15 mins.

cc: chambers                    Carmen D. Soto
                                Senior Courtroom Deputy