*The Court will conduct a telephone Conference with the parties on March 31, 2026 at 12:00 PM. Counsel for plaintiff shall initiate the call.*

**STARK &STARK** PC

*Via ECF Filing*

March 24, 2026

Hon. Susan D. Wigenton, U.S.D.J. and Hon. James B. Clark, III, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**SO ORDERED**

s/James B. Clark
James B. Clark, U.S.M.J.
**Date:** 3/25/2026

Re:    Penso v. Port Authority of New York and New Jersey, et al.
       Civil Action No.: 2:23-cv-00474 (SDW)(JBC)

Dear Judge Wigenton and Judge Clark:

Counsel for all parties jointly write with respect to the above-referenced matter.

By prior correspondence dated February 9, 2026, the parties advised the Court that this matter had been resolved. While the parties have continued to work diligently toward finalizing the settlement documentation, they have been unable to reach agreement on certain provisions of the release, including but not limited to those relating to Medicare compliance.

Despite good faith efforts, the parties remain at an impasse on this issue. Accordingly, we respectfully request that the Court schedule a brief conference to assist the parties in resolving this remaining dispute and to facilitate finalization of the settlement.

We thank the Court for its continued attention to this matter and are available at the Court's convenience.

Respectfully submitted,
STARK & STARK PC

By: /s/ Evan J. Lide
        Evan J. Lide, Esq.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: /s/ Andrew J. Heck
        Andrew J. Heck, Esq.