

May 8, 2026

**The Hon. Susan D. Wigenton, U.S.D.J.**
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Courtroom MLK 5C
Newark, NJ 07102

Re:   *Matthew Penso v. Port Authority of NY & NJ, et al.*
      Civile Action No.: 2:23-cv-00474 (SDW)(JBC)

Dear Judge Wigenton:

As the Court is aware, we notified Your Honor that the matter had settled on February 9, 2026. Since that time, the parties have been discussing the terms of the release. We have not yet been able to agree to certain terms of the confidentiality provision, and I note that the administrative dismissal is scheduled to occur on May 10, 2026. Accordingly, I would respectfully request that the administrative dismissal be pushed back thirty days so that the parties can hopefully agree on the terms of the release.

Respectfully submitted,

**STARK & STARK, P.C.**
**By:** */s/ Evan J. Lide*
      EVAN J. LIDE, ESQ.