

May 21, 2026

**Andrew J. Heck**
973.735.1397 (direct)
Andrew.Heck@wilsonelser.com

**<u>Electronically Filed</u>**

Hon. Susan D. Wigenton, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

>    **Re:    Matthew Penso v. Port Authority of NY & NJ, et al.
>           Civil Action No. 2:23-cv-00474 (SDW)(JBC)**

Dear Judge Wigenton:

As the court is aware, this office represents Defendants Port Authority of New York and New Jersey (the "Port Authority") and Bombardier Transportation (Holdings) USA Inc. (now known as Alstom Transport USA Inc.) ("Alstom") (collectively, "Defendants") in the above captioned matter.

Presently pending before Your Honor is Plaintiff's Motion for Attorney's Fees. Defendants take no position on the ultimate merits of Plaintiff's counsels' application.  Defendants submit this correspondence to renew and underscore the confidential nature of any settlement of this matter, to preserve their position that the underlying factual allegations remain disputed and that no admissions are to be inferred based on the fact of amicable resolution, and to respectfully request that the Court seal and render confidential any and all docket entries relating to the disposition of this application.  As always, we thank the Court for its attention to and consideration of this matter.

>                Respectfully submitted,
>
>                **WILSON, ELSER, MOSKOWITZ,
>                EDELMAN & DICKER, LLP**
>
>
>                s/ *Andrew J. Heck*
>                Andrew J. Heck, Esq.

AJH/cz

cc:    All counsel of record (via e-filing)

7 Giralda Farms | Madison, NJ 07940 | p 973.624.0800 | f 973.624.0808 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY
Madison, NJ | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

336354102v.1