

June 25, 2026

**Andrew J. Heck**
973.735.1397 (direct)
Andrew.Heck@wilsonelser.com

**<u>Electronically Filed</u>**

Hon. James B. Clark, III, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

      **Re:**    **Matthew Penso v. Port Authority of NY & NJ, et al.
            Civil Action No. 2:23-cv-00474 (SDW)(JBC)**

           **RE: Conference for July 7, 2026 at 10:00 AM**

Dear Judge Clark:

     On behalf of Defendants Port Authority of New York and New Jersey (the "Port Authority") and Bombardier Transportation (Holdings) USA Inc. (now known as Alstom Transport USA Inc.) ("Alstom") (collectively, "Defendants"), we write to advise Your Honor that Defendants take no position on the issue of Plaintiff's [224] Letter request and do not believe our appearance will be material but we will be glad to appear should the court disagree.

     As always, we thank the Court for its attention to and consideration of this matter.

            Respectfully submitted,

            **WILSON, ELSER, MOSKOWITZ,
            EDELMAN & DICKER, LLP**

            s/ *Andrew J. Heck*
            Andrew J. Heck, Esq.

AJH/cz

cc:    All counsel of record (via e-filing)

7 Giralda Farms | Madison, NJ 07940 | p 973.624.0800 | f 973.624.0808 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY
Madison, NJ | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

338481375v.1