

KEVIN MUSIAKIEWICZ PARTNER

📞 862.902.5460   ✉ kevin@ck-litigation.com   🌐 ck-litigation.com

June 26, 2026

**<u>VIA ECF</u>**
Honorable James B. Clark, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   ***Matthew Penso v. Port Authority of New York and New Jersey, et al.,*
     <u>Case No. 2:23-cv-00474(SDW)(JBC)</u>**

Dear Judge Clark:

This firm represents Elefterakis, Elefterakis & Panek ("EEP"), the law firm that represented Plaintiff Matthew Penso for nearly two-and-a-half years, from pre-suit through the middle of expert discovery. We respectfully submit this letter in response to Stark & Stark PC's June 23, 2026, letter "outlin[ing] a contemplated motion arising from an unresolved attorney's charging lien" (D.E. 224), and in anticipation of the in-person conference now scheduled before Your Honor on July 7, 2026, to explain why we have not yet filed an attorney lien petition on behalf of our client.

That is: (i) New Jersey law requires EEP to send to Mr. Penso a pre-action notice conforms with the requirements of N.J.S.A. 1:20A-6, and then wait 30 days before moving forward with an attorney lien petition pursuant to N.J.S.A. 2A:13-5; (ii) EEP sent a pre-action notice to Mr. Penso on June 4, 2026; and (iii) the thirty-day waiting period does not expire until July 4, 2026.

EEP intends to file an attorney lien petition soon after the expiration of the waiting period and looks forward to participating in the conference.  EEP also welcomes the opportunity to discuss a fair resolution of the fee dispute, if Your Honor is inclined to facilitate and Stark & Stark is willing to engage in such discussions.  In the meantime, we invite Stark & Stark to meet and confer with us about an appropriate briefing schedule and any related procedural issues.

Thank you for the Court's attention in this regard.

Respectfully submitted,

Kevin J. Musiakiewicz
Calcagni & Kanefsky LLP