**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
**50 WALNUT ST. ROOM 2060**
**NEWARK, NJ 07102**

July 7, 2026

**LETTER ORDER**

Re:   **Penso v. Bombardier Transportation (Holdings) USA, Inc., et al.**
**Civil Action No. 23-474 (SDW)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, the Court orders as follows:

1) Elefterakis, Elefterakis & Panek ("EEP") shall file its attorney lien petition in this matter by **July 17, 2026**. The obligation of Stark & Stark ("S&S") to respond to EEP's forthcoming petition is stayed pending further order of the Court.

2) EEP and S&S shall exchange requests for information relating to the foregoing petition by **July 24, 2026** and shall respond to said requests by **August 7, 2026**.

3) The Court will conduct a telephone conference with the parties in this matter on **August 11, 2026 at 12:30 PM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

　　　　s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**