# EXHIBIT C



June 4, 2026

**VIA CERTIFIED & REGULAR MAIL**

Matthew Penso
29 Camellia
Irvine, California 92620

> Re:    **Penso v. Port Authority of NY & NJ, et al.,**
> **Docket No. 2:23-cv-00474(SDW)(JBC)**
> **PRE-ACTION NOTICE TO CLIENT PURSUANT TO RULE 1:20A-6**

Dear Mr. Penso,

As you know, in August 2022, you retained Elefterakis, Elefterakis & Panek ("EEP") on a contingency basis to prosecute claims against the Port Authority of New York and New Jersey and Bombardier Transportation (Holdings) USA Inc. for injuries you sustained on December 15, 2021. After representing you for approximately two-and-a-half years, it became necessary for EEP to withdraw as your counsel. On February 10, 2025, the Court granted EEP's motion to withdraw. On March 4, 2025, attorneys from the law firm Stark & Stark P.C. ("Stark") entered appearances on your behalf. Then, on February 25, 2026, Stark sent a letter to EEP advising it that your lawsuit had settled and proposed an inequitable allocation of the contingency fee owed to counsel. EEP responded by letter dated March 9, 2026, and the issue over allocation of the contingency fee has not been resolved.

Therefore, pursuant to New Jersey Court Rule 1:20A-6, you are hereby advised that EEP intends to file a petition against you to recover its equitable share of the contingency fee arising out of the settlement proceeds which, pursuant to the engagement letter you executed, could be up to 33% of the total sum recovered by way of the settlement. Under Rule 1:20A-6, you have the right to request Fee Arbitration. If you wish to do so, you should immediately call *Michael J. Dee, Esq., Secretary, District VA Fee Arbitration Committee, O'Toole Scrivo, 14 Village Park Road, Cedar Grove, New Jersey 07009* at 973-239-5700 and request the appropriate forms.

You are further advised that if you do not promptly communicate with the Fee Committee Secretary and file the approved form of request for fee arbitration within thirty (30) days of receiving this letter, you will lose your right to initiate fee arbitration.

If you have any questions, or wish to discuss a payment arrangement, please feel free to contact our office.

Very truly yours,
ELEFTERAKIS, ELEFTERAKIS & PANEK

Brian J. Vannella

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------------X

MATTHEW PENSO,                                                    Docket No.: 2:23-cv-00474

                          Plaintiff,                             **AFFIRMATION OF SERVICE**

            -against-

PORT AUTHORITY OF NEW YORK AND NEW JERSEY,
BOMBARDIER TRANSPORTATION (HOLDINGS) USA
INC., and JOHN DOE COMPANY #1-5 (fictitious name),

                          Defendants.

------------------------------------------------------------------------X

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK  )

      On June 4, 2026, I served **CORRESPONDENCE** on Plaintiff, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, via first class mail and Certified Mail, Return Receipt Reqeuested, addressed to the following:

Matthew Penso
29 Camellia
Irvine, California 92620
Certified Mail No.: 9589 0710 5270 0776 7141 22

      I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

Alexander Moore