

## WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER

May 21, 2026

**Andrew J. Heck**
973.735.1397 (direct)
Andrew.Heck@wilsonelser.com

**Electronically Filed**

Hon. Susan D. Wigenton, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

      **Re:**    **Matthew Penso v. Port Authority of NY & NJ, et al.**
              **Civil Action No. 2:23-cv-00474 (SDW)(JBC)**

Dear Judge Wigenton:

As the court is aware, this office represents Defendants Port Authority of New York and New Jersey (the "Port Authority") and Bombardier Transportation (Holdings) USA Inc. (now known as Alstom Transport USA Inc.) ("Alstom") (collectively, "Defendants") in the above captioned matter.

Presently pending before Your Honor is Plaintiff's Motion for Attorney's Fees. Defendants take no position on the ultimate merits of Plaintiff's counsels' application. Defendants submit this correspondence to renew and underscore the confidential nature of any settlement of this matter, to preserve their position that the underlying factual allegations remain disputed and that no admissions are to be inferred based on the fact of amicable resolution, and to respectfully request that the Court seal and render confidential any and all docket entries relating to the disposition of this application. As always, we thank the Court for its attention to and consideration of this matter.

<table>
<tr><td>

**SO ORDERED.**

_[signature]_

Hon. Susan D. Wigenton
United States District Judge
Dated: June 12, 2026

</td><td>

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

s/ *Andrew J. Heck*
Andrew J. Heck, Esq.

</td></tr>
</table>

AJH/cz

cc:     All counsel of record (via e-filing)

7 Giralda Farms | Madison, NJ 07940 | p 973.624.0800 | f 973.624.0808 | wilsonelser.com

Albany, NY   Atlanta, GA   Austin, TX   Baltimore, MD   Beaumont, TX   Birmingham, AL   Boston, MA   Charlotte, NC   Chicago, IL   Dallas TX   Denver CO
Detroit, MI   Edwardsville, IL   Garden City, NY   Hartford, CT   Houston, TX   Jackson, MS   Las Vegas, NV   London, England   Los Angeles, CA   Louisville, KY
Madison, NJ   McLean, VA   Merrillville, IN   Miami, FL   Milwaukee, WI   Nashville, TN   New Orleans, LA   New York, NY   Orlando, FL   Philadelphia, PA   Phoenix AZ
Raleigh, NC   San Diego, CA   San Francisco, CA   Sarasota, FL   Seattle, WA   Stamford, CT   St. Louis, MO   Washington, DC   West Palm Beach, FL   White Plains, NY

336354102v.1

**CLERK**
**UNITED STATES DISTRICT COURT**
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

DV DANIELS NJ 070

23 JUN 2026 PM 6

quadient

FIRST-CLASS MAIL
IMI
**$000.74**
06/22/2026 ZIP 07101
043M31257646

US POSTAGE

EVAN J. LIDE
STARK & STARK
993 LENOX DRIVE
BUILDING 2
LAWRENCEVILLE, NJ 08648

08648-238999 UTF