wesrt

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

August 5, 2026

## LETTER ORDER

Re:   **Penso v. Bombardier Transportation (Holdings) USA, Inc., et al.**
        **Civil Action No. 23-474 (SDW)**

Dear Counsel,

The telephone conference scheduled with the parties in this matter on **August 11, 2026 at 12:30**

**PM** is adjourned to **August 13, 2026 at 11:00 AM**. Counsel for Plaintiff shall initiate the call.


**IT IS SO ORDERED.**

                                                            s/ James B. Clark, III
                                                    **JAMES B. CLARK, III**
                                                    **United States Magistrate Judge**